**FILED**

OCT - 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM (BILL) LAWRENCE NELLIS
1288 BAYSIDE AVENUE APARTMENT 12
WOODBRIDGE, VA  22191
(703) 498-2107

CIVIL ACTION NO.

VS.

ALBERTO GONZALES, UNITED STATES ATTORNEY GENERAL
UNITED STATES DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20515

SECRETARY MICHAEL O. LEAVITT
UNITED STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES
200 INDEPENDENCE AVENUE, SW
WASHINGTON, DC  20201
(202) 690-7741

DOCTOR ELIAS A. ZERHOUNI, M.D.
DIRECTOR, NATIONAL INSTITUTES OF HEALTH
BUILDING 1 ROOM 126
ONE CENTER DRIVE
BETHESDA, MD  20892-0148
(301) 496-2433

CASE NUMBER  1:06CV01704

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Pro se General Civil

DATE STAMP: 10/02/2006

DOCTOR THOMAS R. INSEL
NATIONAL INSTITUTE OF MENTAL HEALTH
6001 EXECUTIVE BOULEVARD
ROOM 8235  MSC 9669
BETHESDA, MD  20892-9669
(301) 443-3673

DAVE FOREMAN, DISTRICT DIRECTOR
CONGRESSMAN TOM DAVIS
UNITED STATES HOUSE OF REPRESENTATIVES
11TH DISTRICT OF VIRGINIA
2348 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515-4611

1

CONGRESSMAN GEORGE MILLER
UNITED STATES HOUSE OF REPRESENTATIVES
7TH DISTRICT OF CALIFORNIA
2205 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC  20515

CONGRESSMAN TOM DAVIS
UNITED STATES HOUSE OF REPRESENTATIVES
11TH DISTRICT OF VIRGINIA
2348 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC  20515-4611

JUSTIN HAMLITON, LEGISLATIVE DIRECTOR
CONGRESSMAN GEORGE MILLER'S OFFICE
UNITED STATES HOUSE OF REPRESENTATIVES
7TH DISTRICT OF CALIFORNIA
2205 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC  20515

U.S. ATTORNEY FOR THE DISTRICT OF COLUMBIA
501 THIRD STREET, NW
WASHINGTON, DC  20001

## COMPLAINT

### (AS SET FORTH BY THE FACTS OF MY CASE)

I AM FILING THIS GRIEVANCE AS A CIVIL ACTION FOR A

DEPRIVATION OF RIGHTS, USC 42 SEC 1983.  I AM WORKING THIS CASE

BACKWARDS FROM MONDAY SEPTEMBER 11TH 2006, OF THIS YEAR.  I

WANT TO APOLOGIZE TO CONGRESSMAN TOM DAVIS, AND TO MEMBERS

OF HIS STAFF, FOR THE POOR TIMING OF MY PHONE CALL ON MONDAY

SEPTEMBER 11TH.  I CALLED ON THE ANNIVERSARY OF THE SEPTEMBER

11TH ATTACKS.  AND INDEED IT IS A DAY OF MOURNING FOR THE NATION.  I

DO NOT KNOW WHO I SPOKE TO.  THE BEHAVIOR OF THE STAFF MEMBER

2

WAS HOSTILE AND ERRATIC, AND THEY HUNG UP THE PHONE, INSTRUCTING ME NEVER TO CALL THEM AGAIN. CONGRESSMAN DAVIS IS MY CONGRESSMAN HERE IN WOODBRIDGE, VIRGINIA, WHERE I CURRENTLY LIVE, AND THAT BEHAVIOR IS A VIOLATION OF THE LAW UNDER 42 USC SECTION 1983. I AM NOT SURE I UNDERSTAND THE WHOLE LEGAL HISTORY OF THE CIVIL STATUTE, OR THE HISTORY OF THIS SORT OF BEHAVIOR. 42 USC SECTION 1983 STATES, AND I AM PARAPHRASING, THAT "EVERY PERSON WHO SUBJECTS, OR CAUSES TO BE SUBJECTED, ANY CITIZEN OF THE UNITED STATES OR OTHER PERSON WITHIN THE JURISDICTION THEREOF TO THE DEPRIVATION OF ANY RIGHTS, PRIVILEGES, OR IMMUNITIES SECURED BY THE CONSTITUTION AND LAWS, SHALL BE LIABLE TO THE PARTY INJURED IN AN ACTION AT LAW, SUIT IN EQUITY, OR OTHER PROPER PROCEEDING FOR REDRESS." UNDER THE FIRST AMENDMENT, WE HAVE THE RIGHT TO PEACEFULLY REDRESS OUR GRIEVANCES WITH THE GOVERNMENT, AND THAT CERTAINLY GIVES US THE RIGHT TO TALK TO OUR CONGRESSMAN OR WOMAN, OR MEMBERS OF THEIR STAFF. HANGING UP ON A CONSTITUENT DOES VIOLATE THE SPIRIT AND PRINCIPAL OF THE LAW.

MY RIGHTS UNDER THE FIRST AND FOURTH AMENDMENT WERE CLEARLY VIOLATED, AND IT MIGHT BE A GOOD IDEA TO SLOW DOWN AND EXPLAIN THIS. THE FIRST AMENDMENT GIVES US THE RIGHT TO REDRESS OUR GRIEVANCES WITH THE GOVERNMENT. IN MY OPINION, AND FROM

3

EXPERIENCE, I BELIEVE THAT PROCESS SHOULD BE CIVIL, AND THE FIRST AMENDMENT STATES THAT WE HAVE THE RIGHT TO PEACEABLY ASSEMBLE.  WE DO NOT HAVE THE RIGHT TO BE EXPOSED TO CAPITAL OR INFAMOUS CRIMES OR OFFENSES, OR ANYTHING THAT AUTOMATICALLY VIOLATES THE  FIFTH AMENDMENT, OR ANYTHING THAT VIOLATES OUR RIGHTS UNDER THE FIRST AND FOURTH AMENDMENT, AS IS SPELLED OUT UNDER 42 USC SEC 1983.  I AM REPORTING HERE THAT THESE OFFENSES DID IN FACT OCCUR.

IN ADDITION TO THE PHONE CALL, I HAD ONE WALK-IN APPOINTMENT WITH CHRIS ESPINOZA, A STAFF MEMBER WITH CONGRESSMAN TOM DAVIS' DISTRICT OFFICE IN ANNANDALE, VIRGINIA, PLUS A LETTER FROM HIS DISTRICT DIRECTOR, DAVE FOREMAN.  DAVE FOREMAN'S LETTER, WHICH I HAVE INCLUDED HERE IN THE ATTACHMENTS TO THIS GRIEVANCE, IS ALSO A VIOLATION OF MY FIRST AMENDMENT RIGHTS TO PEACEFULLY REDRESS GRIEVANCES WITH THE GOVERNMENT, AND A VIOLATION OF 42 USC SEC 1983.  AND DAVE FOREMAN IS A REPRESENTATIVE OF THE GOVERNMENT, AND INDEED HE WORKS FOR AN ELECTED REPRESENTATIVE AND CONGRESSMAN OF THE UNITED STATES GOVERNMENT AND HOUSE OF REPRESENTATIVES.  THE FIRST AMENDMENT GIVES CITIZENS AND THE PUBLIC THE RIGHT TO PEACEABLY ASSEMBLE, PLUS THE RIGHT TO FREE SPEECH AND FREEDOM OF RELIGION, AND ALL OTHER RIGHTS WHICH ARE ADDRESSED IN THE

4

FOURTH AMENDMENT, INCLUDING OUR RIGHTS TO BE SECURE IN OUR

PERSONS PAPERS HOUSES AND EFFECTS.

IT IS ILLEGAL FOR THE CONGRESSMAN OR A MEMBER OF HIS STAFF

TO DENY A CONSTITUENT ACCESS TO THEIR OFFICE, AND THAT IS

COVERED UNDER 42 USC SEC 1983, AND UNDER THE FIRST AMENDMENT

TO THE BILL OF RIGHTS AND UNITED STATES CONSTITUTION.

CONGRESSMAN TOM DAVIS IS MY CONGRESSMAN, AND HIS DISTRICT

DIRECTOR OR MEMBERS OF HIS STAFF CANNOT CIMPLY TELL ME NOT TO

TALK TO THEM EVER AGAIN. DENIAL OF SERVICE ALMOST

AUTOMATICALLY CONSTITUTES A THREAT OF A CAPITAL OR INFAMOUS

CRIME, AND A VIOLATION OF THE FIFTH AMENDMENT, WHICH ALSO

IMPLIES THAT THE LIFE OF THE CONSTITUENT MAY BE IN DANGER,

SOMETHING THAT BY ITSELF IS USED FOR THE PURPOSES OF EXTORTION

AND DEPRIVATION OF CIVIL AND HUMAN RIGHTS. IT ALSO CONSTITUTES

UNREASONABLE SEARCH AND SEIZURE UNDER THE FOURTH

AMENDMENT. IT ALSO IMPLIES THAT THE CONGRESSMAN OR MEMBERS

OF HIS STAFF ARE NOT FIT FOR PUBLIC OFFICE.

I RECEIVED A SIMILAR LETTER FROM CONGRESSMAN GEORGE

MILLER FROM THE 7TH DISTRICT OF CALIFORNIA IN THE UNITED STATES

HOUSE OF REPRESENTATIVES, AND HIS LETTER IS LIKEWISE A

DEPRIVATION OF MY RIGHTS UNDER 42 USC SEC 1983, AND UNDER THE

BILL OF RIGHTS AND UNITED STATES CONSTITUTION. I AM NOT A

5

LAWYER, AND IT TOOK ME SEVERAL YEARS TO INVESTIGATE ALL OF THE

CIVIL RIGHTS QUESTIONS INVOLVED IN THIS CASE, AND I HAD TO REVIEW

THESE QUESTIONS AT THE EXPENSE OF HAVING A FAMILY OF MY OWN,

WHICH IS A VIOLATION OF MY FIRST AND FOURTH AMENDMENT RIGHTS

AUTOMATICALLY.

I RECEIVED THE LETTER FROM DAVE FOREMAN ON MAY 17 OF THIS

YEAR, 2006, AND THE LETTER FROM CONGRESSMAN GEORGE MILLER ON

SEPTEMBER 28, 2004.

I AM A FORMER FEDERAL EMPLOYEE AND I HAVE RAISED THESE

QUESTIONS OUT OF CONCERN FOR THE PRINCIPALS OF GOOD CITIZENSHIP,

INCLUDING QUESTIONS ON BEHAVIOR AT HOME AND IN THE OFFICE.

IN FACT THE HOME OF MYSELF AND MY EX-WIFE AMANDA WAS STOLEN

FROM US, BASED ON EXTORTION OF OUR MARRIAGE AND DEPRIVATION

OF OUR CIVIL AND HUMAN RIGHTS.  I WILL BE RAISING SOME OF THESE

QUESTIONS AND GRIEVANCES HERE, AND SOME OF THESE GRIEVANCES

SEPERATELY.

IN TERMS OF INVESTIGATING THESE GRIEVANCES, I DID LOCATE

ALL OF MY ELECTED REPRESENTATIVES IN THE STATE OF VIRGINIA AND

THE STATE OF CALIFORNIA, PLUS THE DISTRICT OF COLUMBIA.  I WISH TO

START OVER THE STATEMENTS FROM DAVE FOREMAN AND

CONGRESSMAN MILLER.  INVESTIGATING THIS CASE WAS A FULL TIME

JOB AND I BELIEVE I HAVE DONE MY HOMEWORK.  HOWEVER, I HAVE

6

ALSO BEEN COLLECTING SOCIAL SECURITY DISABILITY INCOME, WHICH IS BARELY ENOUGH TO COVER MY RENT AND BASIC LIVING EXPENSES. I WANT THE SOCIAL SECURITY APPROVAL THOROUGHLY REVIEWED, AND ALL QUESTIONS ANSWERED IN TERMS OF DEPRIVATION OF CIVIL AND HUMAN RIGHTS. SOCIAL SECURITY DOES NOT PROVIDE ENOUGH INCOME TO MEET BASIC LIVING NEEDS, AND IT ALSO IMPLIES A CHRONIC OR DISABLING DISEASE, WHICH IS ALSO EVIDENCE OF EXTORTION OR DEPRIVATION OF RIGHTS. THE FACT IS THE DISABILITY WAS APPROVED, AND I WOULD LIKE TO WORK THIS BACKWARDS IN TERMS OF HAVING THE WHOLE PROCESS INVESTIGATED PROPERLY. THIS IS A VIOLATION OF MY FOURTH AMENDMENT RIGHTS, AS COVERED UNDER 42 USC SEC 1983, WHICH STATES THAT WE ARE ENTITLED TO BE SECURE IN OUR PERSONS, PAPERS, HOUSES AND EFFECTS. FIRST OF ALL, IT DOES NOT INCLUDE THE DIAGNOSIS OF SCHIZOPHRENIA AS A MENTAL ILLNESS, OR THE USE OF MENTAL HEALTH CONDITIONS FOR THE PURPOSES OF SOCIAL DISRUPTIONS, INCLUDING VIOLATIONS OF THE FOURTH AND FIFTH AMENDMENTS TO THE BILL OF RIGHTS AND UNITED STATES CONSTITUTION. SECOND, THE FOURTH AMENDMENT DOES ENSURE THAT WE HAVE THE RIGHT TO BE HOMEOWNERS IN ADDITION TO BEING GOOD CITIZENS IN PROPER STANDING IN THE COMMUNITY. AND THIRDLY, THERE WERE QUESTIONS ON PUBLIC DANGERS, WHICH HAVE STILL NOT BEEN ANSWERED AT ALL. THE QUESTIONS DO INCLUDE THE

7

INVESTIGATION OF EXTORTION OF A FEDERAL EMPLOYEE OR MEMBERS

OF THE EMPLOYEE'S FAMILY.

THE STATEMENTS I HAVE PROVIDED HERE DO PROVIDE EVIDENCE

OF BIZARRE OR ERRATIC BEHAVIOR, AND IT TOOK ME BETWEEN FOUR

AND TEN YEARS TO FIGURE OUT HOW TO REPORT THIS AT ALL,

INCLUDING THE SEPTEMBER 11TH ATTACKS, AND CONGRESS' PRODDING

OVER THE DEPARTMENT OF HOMELAND SECURITY.  THE EXPERIENCE WAS

ANYWHERE BETWEEN TROUBLING TO DANGEROUS, TO TRULY BIZARRE.  I

HAVE INVESTIGATED A VARIETY OF QUESTIONS ON MENTAL AND

BEHAVIORAL HEALTH CARE AND I AM NOT INTERESTED IN ADDRESSING

THE PUBLIC'S CONCERNS ABOUT CHORNIC PUBLIC MENTAL HEALTH OR

BEHAVIOR.  I HAVE DONE MY HOMEWORK AND I AM PREPARED.  AS A

FEDERAL EMPLOYEE, I HAD NO CONTACT WITH THE STAFF MEMBERS OR

OFFICES OF ANY MEMBERS OF CONGRESS OR CAPITOL HILL, OR THE CITY

COUNCIL OF THE DISTRICT OF COLUMBIA, OR THE MARYLAND OR

VIRGINIA GENERAL ASSEMBLY.  FRANKLY I WAS SCARED TO CONTACT

THEM AT ALL.  AND I CERTAINLY HAD NO UNDERSTAND OF THE LAW OR

JUDICIAL PROCESS.

BEFORE I RAISED ANY OF THESE GRIEVANCES, IT WAS CERTAINLY

MY ORIGINAL INTENTION TO REVIEW THESE QUESTIONS AS A CITIZEN IN

GOOD STANDING.  MY STANDING AS A GOOD CITIZEN WAS CHALLENGED,

BY DAVE FOREMAN AND CONGRESSMAN MILLER, IN THEIR WRITTEN

8

STATEMENTS HERE, WHICH ACTUALLY MAKES THIS A LITTLE EASIER TO REVIEW, SINCE THEY PUT THEIR COMMENTS IN WRITING, AND THEY ARE NAMED AS DEFENDANTS IN THIS GRIEVANCE. THEIR STATEMENTS ARE A DEPRIVATION OF MY CIVIL AND HUMAN RIGHTS AS SPELLED OUT IN THE FOURTH AMENDMENT OF THE BILL OF RIGHTS AND UNITED STATES CONSTITUTION, AND THAT IS COVERED UNDER 42 USC SEC 1983. IN FACT I HAD TO REVIEW THESE CHALLENGES FOR A NUMBER OF YEARS, INCLUDING A FAILED MARRIAGE AND QUESTIONS ON FEDERAL EMPLOYMENT WHICH HAVE STILL NOT BEEN ANSWERED. AND I WILL BE ASKING FOR AN APOLOGY FROM MORE THAN ONE PERSON WHO FAILED TO HELP ME INVESTIGATE THESE CHALLENGES TO MYSELF AND ME FAMILY.

I WISH TO START OVER THE WITH THE STATEMENTS I HAVE RECEIVED HERE FROM DAVE FOREMAN, AND FROM CONGRESSMAN GEORGE MILLER. THE STATEMENT FROM CONGRESSMAN MILLER WAS DATED ON SEPTEMBER 28 OF 2004, WHEN I WAS LIVING WITH A FRIEND OF MINE IN HIS DISTRICT IN VALLEJO CALIFORNIA. SO IT TOOK ME AT LEAST TWO YEARS TO INVESTIGATE THESE GRIEVANCES BETWEEN THE TIME I RECEIVED THE LETTER FROM CONGRESSMAN MILLER, TO THE TIME I RECEIVED THE STATEMENTS FROM MR. FOREMAN, ON MAY 17, 2006.

ONE QUESTION THAT CAME UP ALMOST IMMEDIATELY WHEN I BEGAN REVIEWING THIS CASE IS WHETHER OR NOT I HAD REQUESTED

9

ANY ASSISTANCE FROM A POLICE DEPARTMENT OR LAW ENFORCEMENT

AGENCY. AFTER CAREFUL REVIEW OF THE FIRST AMENDMENT, THE FIRST

AMENDMENT SAYS THAT WE HAVE THE RIGHT TO REDRESS OUR

GRIEVANCES WITH THE GOVERNMENT. I BELIEVE THAT LAW

ENFORCEMENT DOES QUALIFY AS A REPRESENTATIVE OF THE

GOVERNMENT, THOUGH LAW ENFORCEMENT OFFICERS ARE NOT

PREPARED TO ANSWER QUESTIONS ON FINANCIAL OR EMOTIONAL

DISABILITY. THEY DO HANDLE QUESTIONS ON PUBLIC HEALTH AND

BEHAVIOR. SO THE ANSWER TO THE QUESTION SEEMS TO ME, IT DOES

NOT MAKE SENSE TO BRING THESE QUESTIONS TO A LAW ENFORCEMENT

AGENCY, IF THERE IS A QUESTION ON FINANCIAL OR EMOTIONAL

DISABILITY. IT IS MOST APPROPRIATE TO CONTACT ONE'S OWN ELECTED

REPRESENTATIVES. AND CERTAINLY NOT EVERBODY IN THE COUNTRY

HAS ACCESS TO THE UNITED STATES CAPITOL. THAT IS A SPECIAL

PRIVILEGE OF PEOPLE WHO LIVE IN THE WASHINGTON DC METROPOLITAN

AREA, OF SORTS. AND IT IS A DUBIOUS PRIVILEGE. I DID REVIEW THESE

QUESTIONS ALSO WITH MY OWN ELECTED REPRESENTATIVES IN THE

CALIFORNIA LEGISLATURE AND VIRGINIA GENERAL ASSEMBLY, AND IN

THE COUNTY BOARD OF SUPERVISORS OF SOLANO COUNTY CALIFORNIA,

AND PRINCE WILLIAM COUNTY VIRGINIA. THE APPOINTMENT SETTING

PROCESS TOOK SOME TIME ANY MONEY, BUT IT IS WORTH IT TO

ESTABLISH ONESELF IN GOOD STANDING IN THE COMMUNITY, AND

10

CERTAINLY GOOD CITIZENSHIP IS A WORTHWHILE RESULT. BUT NONE OF MY FINANCIAL QUESTIONS HAVE BEEN ANSWERED. THESE WERE NOT QUESTIONS THAT MANDY AND I WERE PREPARED TO ANSWER WHEN WE WERE MARRIED, AND OUR PERSONAL INFORMATION WAS STOLEN FOR THE PURPOSES OF TERRORIZING US TO THE POINT OF DIVORCE. MANDY IS MY EX-WIFE. AND THERE WAS ANYTHING FROM TERRORISM TO OBJECTIONS COMING FROM MEMBERS OF THE COMMUNITY.

THERE WERE A VARIETY OF BEHAVIORAL QUESTIONS INVOLVED, AND I AM CERTAINLY WILLING TO ADDRESS SOME OF THOSE QUESTIONS. IN FACT, I HAD TO INVESTIGATE THEM FOR A NUMBER OF YEARS TO MAKE SURE THAT I GOT THIS RIGHT, AND THAT WAS CERTAINLY COSTLY IN TERMS OF TIME AND MONEY, AND WAS NOT CONDUCIVE TO PARENTHOOD OR FATHERHOOD. MY FAMILY PLANS WERE RUINED, AND I DO NOT HAVE ANY KIDS OF MY OWN.

IT IS CERTAINLY POSSIBLE FOR MOST AMERICANS TO REVIEW THESE QUESTIONS CLOSER TO HOME IN THE LEGISLATURE OF THE STATE IN WHICH THEY RESIDE, AND THE DISTRICT OFFICES OF THEIR CONGRESSPEOPLE AND LOCAL ELECTED LEADERS. NOT ALL AMERICANS UNDERSTAND THE LEGAL OR JUDICIAL PROCESS BUT IT IS CLEARLY IMPORTANT TO MAKE SURE THAT WE ARE ALL IN GOOD STANDING AS CITIZENS FIRST. THE INTERNET MAKES A VARIETY OF INFORMATION AVAILABLE TO THE PUBLIC, INCLUDING THE LOCAL COUNTY BOARD OF

11

SUPERVISORS AND BOARD OF EDUCATION, AND CLEARLY THE PUBLIC,
LIKE MANY ELECTED LEADERS, IS GREATLY CONCERNED ABOUT GLOBAL
SUBJECTS FROM DEPENDENCE ON FOREIGN OIL, TO BROKEN HOMES, TO
RUNNING OUT OF MONEY.  BUT TO ADDRESS ANY LEGAL, DEMOCRATIC
OR JUDICIAL QUESTIONS, IT IS IMPORTANT FIRST TO MAKE SURE WE ARE
ALL IN GOOD STANDING AS CITIZENS.  AS A FEDERAL EMPLOYEE, IT WAS
MY EXPERIENCE THAT EMPLOYEES AND MANAGERS OFTEN HAD TO DEAL
WITH A VARIETY OF DISPARAGING SITUATION OR REMARKS, WHICH WERE
DISRUPTIVE TO THE HOME OR WORK LIFE OF EMPLOYEES OR THEIR
FAMILIES.  CLEARLY ANY DISRUPTIONS OF THAT NATURE ARE A
VIOLATION OF THE FIRST AND FOURTH AMENDMENTS RIGHTS OF
EMPLOYEES, AND IT CERTAINLY IS EVIDENCE THAT FEDERAL EMPLOYEES
IN THE NATION'S CAPITOL DO NOT GET ALONG WITH THEIR NEIGHBORS
AT ALL.  FOR THE MOST PART THEY ARGUE ABOUT GAMBLING AND
MENTAL HEALTH.  AND TO UNDERSTAND THE LEGAL AND JUDICIAL
PROCESS CORRECTLY, YOU REALLY HAVE TO UNDERSTAND THE ELECTED
REPRESENTATIVE LEADERSHIP OF THE ENTIRE COUNTRY IN THE HOUSE
AND SENATE, AND NOT JUST THE GOVERNMENT OF THE DISTRICT OF
COLUMBIA.  AND AS FAR AS I'M CONCERNED THAT IS TRULY AND
IMPOSSIBLE UNDERSTAKING.  BUT I DID ACTUALLY GIVE IT MY BEST
SHOT.  IN THEORY, A FAMILY CAN DO THIS ON A BUDGET WITHOUT
DISRUPTIONS TO THEIR PERSONAL OR PROFESSIONAL LIFE, BUT IF A

12

FAMILY DOESN'T UNDERSTAND THIS, CERTAINLY IT COULD PROVE FATAL TO A MEMBER OF THE FAMILY, OR END IN DIVORCE. THE INTERNET MAKES AVAILABLE PUBLIC INFORMATION THAT IS VERY COMPLETE AND VERY IMPRESSIVE TO ANSWER MOST OF THESE QUESTIONS, AND I MANAGED TO FIND ANSWERS TO ALMOST ALL OF MY QUESTIONS ON CONGRESSIONAL DISTRICTING, WHICH CERTAINLY ISN'T COMPLETELY UP TO CONGRESSMAN TOM DAVIS, OR HIS DISTRICT DIRECTOR, BY THEMSELVES. FROM THE TOWN OF WOODBRIDGE VIRGINIA TO VALLEJO CALIFORNIA, I BELIEVE THERE IS ROOM FOR COMMUNITY BASED INITIATIVES WHICH CAN LEVERAGE CONSTITUENT SERVICE MORE EFFECTIVELY, AND IT IS CERTAINLY UP TO THE RESIDENTS AND CITIZENS TO UNDERSTAND IT.

CERTAINLY, THE FIRST AMENDMENT INCLUDES OUR RIGHTS TO FREEDOM OF SPEECH, FREEDOM OF RELIGION, AND OUR RIGHT TO PEACEABLY ASSEMBLE. AS I REVIEWED THESE QUESTIONS, WHICH DATED BACK TO THE CLINTON ADMINISTRATION'S POLICY REVIEW OF OUR NATION'S HEALTH CARE SYSTEM, AND CERTAINLY BACK TO 1996, I ENCOUNTERED A VARIETY OF SITUATIONS INVOLVING DEPRIVATION OF CIVIL AND HUMAN RIGHTS, AND APPARENT VIOLATIONS OF MY FIRST AMENDMENT RIGHTS. I'M SURE THAT OTHERS MIGHT HAVE QUESTIONS AS WELL, AND I'M SURE THAT THESE QUESTIONS CAN BE REVIEWED UNDER 42 USC SECTION 1983.

13

I WISH TO START WITH THE STATEMENTS I HAVE RECEIVED FROM
DAVE FOREMEN, CONGRESSMAN GEORGE MILLER, AND FROM SEVERAL
MEMBERS OF THE STAFF OF CONGRESSMAN MILLER'S STAFF, INCLUDING
BARBARA JOHNSON, KATHY HOFFMAN, DEBORAH TURNER, AND JUSTIN
HAMILTON. I AM PROVIDING A COPY OF THEIR STATEMENTS HERE.
CONGRESSMAN MILLER'S DISTRICT DIRECTOR, BARBARA JOHNSON, DID
HELP ME REVIEW ADMINISTRATIVE CIVIL RIGHTS QUESTIONS WITH THE
CIVIL RIGHTS OFFICE OF MY FORMER EMPLOYER, THE UNITED STATES
DEPARTMENT OF AGRICULTURE, AND I AM GRATEFUL FOR HER HELP, AND
THE HELP OF RENE RODRIGUEZ, THE CIVIL RIGHTS OFFICER WITH THE
FARM SERVICE AGENCY STATE OFFICE IN DAVIS, CALIFORNIA, UNDER
JOHN SMYTHE, THE STATE EXECUTIVE DIRECTOR FOR THE FARM SERVICE
AGENCY OFFICE IN CALIFORNIA. I ORIGINALLY WORKED FOR THE FARM
SERVICE AGENCY, IN THE FINANCIAL MANAGEMENT DIVISION AT THE
PARK OFFICE CENTER IN ALEXANDRIA VIRGINIA BETWEEN 1998 AND 2002,
AND HAD QUESTIONS, AMONG OTHER THINGS, RELATED TO THE
SEPTEMBER 11TH ATTACKS. IT INCLUDED DEPRIVATION OF RIGHTS, AND
EXTORTION OF A FEDERAL EMPLOYEE. I WAS COMPLETELY UNPREPARED
TO ASK THESE QUESTIONS OR TO ASK FOR HELP, AND WAS TREATED IN A
MANNER CONDUCIVE TO RETALIATION AND REPRISALS, WHICH I WAS NOT
ABLE TO REPORT TO THE AUTHORITIES AT ALL. I DID SPEAK WITH MISS
PENHASOVICH ON FRIDAY SEPTEMBER 8TH OF THIS YEAR, 2006, IN THE

14

OFFICE OF THE UNITED STATES ATTORNEY GENERAL ALBERTO GONZALES. MISS PENHASOVICH IS THE ASSISTANT OT THE UNITED STATES ATTORNEY GENERAL ALBERTO GONZALES. SHE REQUESTED THAT ALL REQUESTS FOR APPOINTMENTS WITH THE ATTORNEY GENERAL BE MADE IN WRITING. AS I MENTIONED, I AM NOT AN ATTORNEY, AND HAVE STARTED OVER FIRST WITH QUESTIONS ON THE FIRST AMENDMENT RIGHTS OF CITIZENS AND MEMBERS OF THE PUBLIC, INCLUDING THE REDRESS OF GRIEVANCES WITH THE GOVERNMENT. CERTAINLY IT IS MYSTIFYING TO ME THAT FEDERAL EMPLOYEES WOULD NOT HAVE ACCESS TO THE UNITED STATES ATTORNEY GENERAL, AND THE RELATIONSHIP IS TRULY BIZARRE. SO FAR I HAVE WORKED TO MAKE SURE MY APPOINTMENT SETTING IS PROFESSIONAL. THERE WAS A DEPRIVATION OF MY CIVIL AND HUMAN RIGHTS, AND THE CIVIL AND HUMAN RIGHTS OF MY EX-WIFE AMANDA. I AM SEEKING NOW TO REVIEW THIS CASE IN COURT.

OTHER QUESTIONS. I HAVE ALSO INCLUDED A COPY OF THE WEBSITE FOR THE CITY OF SAN PABLO CALIFORNIA, AND THE PAGE FOR THE FINANCE DIRECTOR, BRADLEY WARD. THE PICTURE LOOKS LIKE A FORMER SUPERVISOR OF MINE FROM THE UNITED STATES DEPARTMENT OF AGRICULTURE, MR. DAVID PENDLUM. MY NOTES AREN'T THAT GOOD, BUT WITHIN THE PAST COUPLE WEEKS, I RECENTLY SPOKE WITH KARA LEE FROM THE OFFICE OF MAYOR GENOVEVA GARCIA CALLOWAY FROM

15

THE CITY OF SAN PABLO CALIFORNIA. I ASKED HER IF THE PICTURE WAS A PICTURE OF BRADLEY WARD OR DAVID PENDLUM, AND SHE INSISTED THAT IT WAS BRADLEY WARD. FROM MY PRACTICE SETTING APPOINTMENTS, I DON'T ALWAYS REMEMBER EXACTLY WHEN I MAKE PHONE CALLS, BUT I'VE BEEN GETTING BETTER ABOUT TAKING NOTES AND WRITING THINGS DOWN. SKILLS THAT ARE HELPFUL FOR FAMILY PLANNING IF A MARRIAGE, HOME OR FAMILY DOESN'T FALL APART FIRST. IF IT DOES, IT IS POSSIBLE TO START OVER. I CERTAINLY HAD QUESTIONS ABOUT IT, AND ASIDE FROM THE REPERCUSSIONS FROM MY FAMILY FROM MY DIVORCE, THERE WERE NO SERIOUS OR DEBILITATING PROBLEMS. HOWEVER THERE WAS FINANCIAL DISABILITY AND DEPRIVATION OF RIGHTS.

I WISH TO INCLUDE THE LOST OR STOLEN MEMORIES AS A PART OF MY GRIEVANCE FOR A CIVIL ACTION FOR A DEPRIVATION OF RIGHTS. I WILL PROVIDE FURTHER INFORMATION IN COURT.

ALSO, I AM INCLUDING INFORMATION I RECEIVED FROM JOHN ESPINAL, A FREEDOM OF INFORMATION ACT (FOIA) OFFICER FROM THE UNITED STATES AIR FORCE, ON NELLIS AIR FORCE BASE, WHICH BEARS MY FAMILY NAME, NELLIS, EVEN THOUGH THERE IS NO APPARENT FAMILY RELATION. ALSO, I HAVE INCLUDED A PAGE ON WILLIAM HARRELL, THE CITY ADMINISTRATOR FOR THE CITY OF RICHMOND VIRGINIA, AND WILLIAM HARRELL NELLIS, THE NAMESAKE OF NELLIS AIR

16

FORCE BASE. THE NAME IS VERY SIMILAR TO MINE, WILLIAM LAWRENCE

NELLIS, AND TO MY DAD, WILLIAM JOEL NELLIS, AND MY GRANDFATHER,

DECEASED, WILLIAM EDWARD NELLIS.

I HAVE ALSO INCLUDED A PAGE ON HEATHER ANDERSON, WHO

GRADUATED WITH ME FROM BERKELEY HIGH SCHOOL IN BERKELEY

CALIFORNIA IN 1985 AND 1986. I DID NOT KNOW HEATHER IN HIGH

SCHOOL, BUT SHE LOOKS AN AWFUL LOT LIKE DARLENE GRAY, A

RECEPTIONIST IN MY BUILDING WHEN I WORKED FOR THE UNITED STATES

DEPARTMENT OF AGRICULTURE BETWEEN 1998 AND 2002. I WANT TO FIND

OUT IF THERE WAS ANY FOUL PLAY INVOLVED HERE, AS SOME OF THE

RESPONSES IN THIS GRIEVANCES FROM THE DEFENDANTS WERE CLEAR

VIOLATIONS OF THE LAW, AND TOOK ME SEVERAL YEARS TO

INVESTIGATE MY QUESTIONS WITHOUT ANY HELP FROM BASICALLY

ANYONE, AND CERTAINLY NOT ANY HELP FROM MY EMPLOYER, OR

FORMER EMPLOYER, AND IT CERTAINLY INTERFERED WITH MY RIGHTS

AND RESPONSIBILITIES AS A PARENT, A HUSBAND AND A FATHER. AS I

MENTIONED I DON'T HAVE ANY KIDS, AND THE INTERFERENCE WITH MY

RIGHT, AND MANDY'S RIGHT, TO BE PARENTS, CONSTITUTES A

DEPRIVATION OF OUR CIVIL AND HUMAN RIGHTS, TO SAY THE LEAST,

UNDER 42 USC SEC 1983.

I WISH TO START WITH MY QUESTIONS HERE IN THESE STATEMENTS

ON THE CIVIL ACTION FOR A DEPRIVATION OF RIGHTS, UNDER 42 USC

17

SECTION 1983, INCLUDING THE WRITTEN STATEMENTS I HAVE RECEIVED HERE FROM THE DEFENDANTS.

IN ADDITION TO THE QUESTIONS ON DARLENE GRAY, AKA HEATHER ANDERSON, OR WHOEVER SHE IS, THERE WERE QUESTIONS, IN CONNECTION WITH SEPTEMBER 11TH AND Y2K, TO THE DEATH OF MR. JOHN CHILDS WITH THE UNITED STATES DEPARTMENT OF AGRICULTURE, WITH ALL DUE RESPECT TO HIS FAMILY. I HAVE ATTACHED A COPY OF MY FREEDOM OF INFORMATION ACT (FOIA) RESPONSE FROM WILLIAM HAWKINS, WHO DOES KNOW ME, AND I WILL BE FILING ADDITIONAL GRIEVANCES ON DEPRIVATION OF RIGHTS. I'M NOT SURE IT WAS MR. HAWKINS JOB TO ANSWER TO MY QUESTIONS ON THE BILL OF RIGHTS, BUT TRUTHFULLY THAT'S WHAT IT WAS. I AM PRESENTING THE INFORMATION TO THE COURT HERE, AND WILL BE ADDRESSING THE REST OF MY QUESTIONS WITH MY APPOINTED AND ELECTED REPRESENTATIVES, AND FILING ADDITIONAL GRIEVANCES.

ALSO TO FOLLOW UP ON MY QUESTIONS ON MR. BRADLEY WARD, OR MR. DAVID PENDLUM, AND THE CITY OF SAN PABLO CALIFORNIA, I WISH TO POINT OUT THAT SAN PABLO IS IN THE CONGRESSIONAL DISTRICT OF CONGRESSMAN GEORGE MILLER.

18

FINANCIAL REQUEST

THE LIGHT IS OUT ON THE DASHBOARD OF MY ISUZU RODEO. THE
DEALER ESTIMATE FOR THE REPAIRS IS APPROXIMATELY $150. THE CAR
RUNS FINE, BUT I NEED TO GET THE LIGHT FIXED, AND I'M HAVING
TROUBLE DOING MY ACCOUNTING, WHICH IS PART OF THIS CIVIL ACTION
FOR A DEPRIVATION OF RIGHTS. THE COST OF THIS GRIEVANCE IS $350,
AND I WOULD LIKE TO RECOVER THE COST OF THIS GRIEVANCE. I WILL
DEFINITELY BE FILING ADDITIONAL GRIEVANCES. SO FAR I HAVE TAKEN
THE PROPER CORRECTIVE ACTIONS, AND CONTINUE TO DO SO.

IF IT HELPS, I HAVE ALSO INCLUDED A COPY OF MY VOTER
REGISTRATION CARD. I AM REGISTERED TO VOTE IN PRINCE WILLIAM
COUNTY IN VIRGINIA.

THE SOCIAL SECURITY IS BARELY ENOUGH TO PAY MY RENT RIGHT
NOW, AND I HAVE REAL TROUBLE DOING MY ACCOUNTING, WHICH IS
FURTHER EVIDENCE OF THE MORE SERIOUS CHARGES OF ELECTRONIC
TERRORISM, TORTURE AND SURVEILLANCE, AND DEPRIVATION OF
RIGHTS. AS LONG AS I CAN PAY MY RENT FOR NOW, I WOULD LIKE THE
COURT TO REVIEW MY GRIEVANCE AND MY REQUEST FOR HELP, AND TO
HELP ME ENSURE THAT I CAN PAY MY RENT WHILE THE LARGER
GRIEVANCES ARE REVIEWED. EVICTION WOULD CERTAINLY NOT BE
HELPFUL.

CONSIDERING THE FACT THAT I HAD TO RESEARCH THIS REQUEST

19

FOR SEVERAL YEARS, ON MY OWN, AND THE FACT THAT I RESEARCHED

THESE QUESTIONS IN GOOD FAITH, PLUS THE FACT THAT THE

DEFENDANTS ARE THE ELECTED REPRESENTATIVES OF THE NATION AND

IT IS APPROPRIATE FOR THEM TO HANDLE QUESTIONS ON RULES, FINANCE

AND APPROPRIATIONS, PLUS JUDICIAL AFFAIRS, AND CONSIDERING THE

VASTNESS OF CONGRESSIONAL DISTRICTING FROM ONE END OF THE

COUNTRY TO THE OTHER, AND THE NUMBER OF YEARS IT TAKES TO

INVESTIGATE THESE DISTRICTING AND CONSTITUENCY QUESTIONS,

WITHOUT ANY PRIOR PLANNING OR PREPARATION, AT LEAST IN THIS

CASE, AND WITH RESPECT TO INCLUDING THE NEEDS OF HEALTH CARE,

AND TO DEVELOP THE COMPETENCIES TO INVESTIGATE THESE

QUESTIONS, I AM ASKING FOR $15 MILLION FROM THE DEFENDANTS IN

THIS CASE FOR THE DEPRIVATION OF RIGHTS UNDER 42 USC SEC 1983. AS I

MENTIONED, I REVIEWED ALL ADMINISTRATIVE QUESTIONS, AND

QUESTIONS ON ADMINISTRATIVE PROCESS WITH THE CIVIL RIGHTS OFFICE

OF MY FORMER EMPLOYER, THE UNITED STATES DEPARTMENT OF

AGRICULTURE AND THE FARM SERVICE AGENCY. THEY DID NOT

COOPERATE WITH MY INVESTIGATIONS IN ANY WAY AND I WILL BE

ASKING FOR A FULL APOLOGY, IN ADDITION TO THE DEPRIVATION OF MY

CIVIL AND HUMAN RIGHTS, AND THAT INCLUDES ADDITIONAL

GRIEVANCES. I HAVE INCLUDED A COPY OF THEIR FINAL AGENCY

DECISION, AND I WILL BE ASKING FOR A COMPLETE APOLOGY FROM

20

EVERYONE WHO HANDLED THE ADMINISTRATIVE REVIEW, AND I WILL BE FILING ADDITIONAL GRIEVANCES ON DEPRIVATION OF RIGHTS. THE DEPARTMENT OF AGRICULTURE WAS USING THE OFFICE OF INSPECTOR GENERAL TO STALK FUGITIVES FROM ONE END OF THE COUNTRY TO THE OTHER, SINCE MOST OF THEIR HIRING IS DONE IN THE NATION'S CAPITOL, IN COMPLETE ABSENCE OF ANY KNOWLEDGE OF THE JUDICIAL OR ELECTIVE DEMOCRATIVE PROCESS, IN WHAT IS CALLED A "FEDERAL" PROCESS. IT IS ACTUALLY A PROCESS OF DEPRIVATION OR RIGHTS, IF IT'S NOT UNDERSTOOD, AND A PROCESS OF REVIEWING MEDICAL OR LEGAL GAMBLING DECISIONS AND FINANCIAL, MENTAL AND EMOTIONAL HEALTH, FOR THOSE THAT ARE IN NEED OF INCOME OR FINANCIAL EDUCATION, AND CERTAINLY THE FEDERAL GOVERNMENT DOES PROVIDE THIS SERVICE, THOUGH IT CAN BE BIZARRE IF YOU DON'T UNDERSTAND IT. IT IS NOT FOR FREE AND IT CERTAINLY COMES WITH SOME MEASURE OF VIOLENCE. THE INTERNET HAS CERTAINLY MADE THIS EASIER, AND I AM VERY GRATEFUL THAT THE TECHNOLOGIES THAT ARE NOW AVAILABLE DO SUPPORT OUR ELECTED REPRESENTATIVE DEMOCRACY, AND DO PROVIDE SOME TOOLS FOR CAMPAIGN FINANCE PURPOSES, TO HELP FAMILIES WITH FINANCIAL PLANNING.

AND CERTAINLY FOR PEOPLE WHO READ THESE COMPLAINTS, IT DOES RAISE QUESTIONS ON MENTAL, BEHAVIORAL AND EMOTIONAL HEALTH CARE, WHICH WAS MY REASON FOR INVESTIGATING THESE

21

QUESTIONS IN THE FIRST PLACE, INCLUDING THE DEPRIVATION OF

RIGHTS.

I ORIGINALLY SUBMITTED THIS GRIEVANCE TO THE COURT IN JUNE,

BUT I DIDN'T SUBMIT THE STATEMENTS ACCORDING TO THE RULES OF

THE COURT, AND HAD TO SEEK ADDITIONAL INFORMATION ON THE

CORRECT CIVIL STATUTES. I AM NOT AN ATTORNEY AND I AM

REPRESENTATING MYSELF IN TERMS OF GETTING ADVICE UNDER THE

FIRST AMENDMENT, WHICH GIVES THE PUBLIC THE RIGHT TO PEACEABLY

REDRESS THEIR GRIEVANCES WITH THE GOVERNMENT. THESE

GRIEVANCES CAN BE ADDRESSED UNDER 42 USC SEC 1983, CIVIL ACTION

FOR A DEPRIVATION OF RIGHTS. I SPENT ABOUT $200 IN COPYING COSTS

FOR STATEMENTS FOR THE DEFENDANTS ON THAT GRIEVANCE THAT

WERE NEVER DELIVERED, IN THE ABSENCE OF ANY KNOWLEDGE OF THE

CORRECT CIVIL STATUTES. THE ENVELOPES ARE SITTING IN MY LIVING

ROOM. I DID RE-WRITE THE WHOLE GRIEVANCE WHICH I AM

RESUBMITTING HERE, WHICH TOOK ME THREE TO FOUR MONTHS TO

REWRITE SINCE JUNE, AND I WOULD LIKE THAT FACTORED INTO THE

COSTS THAT I HAVE INCURRED, INCLUDING MY RENT, AND TO MAKE SURE

MY TRUCK IS WORKING, AND INSURANCE FOR THE TRUCK AND MY

APARTMENT, PLUS ONE BROKEN COMPUTER, THE COST OF A NEW

REPLACEMENT COMPUTER, PLUS ONE REPLACEMENT PRINTER, AFTER I

HAD ONE PRINTER AND ONE COMPUTER BREAK DOWN WHILE PREPARING

22

THESE STATEMENTS.  I WOULD LIKE THAT FACTORED INTO THE

ESTIMATES OF ANY FINANCIAL COMPENSATION.  AGAIN, THE TOTAL

REQUEST FOR FINANCIAL COMPENSATION FROM THE DEFENDANTS IS $15

MILLION.


                                   SINCERELY,


                                   WILLIAM L NELLIS
                                   1288 BAYSIDE AVENUE APT 12
                                   WOODBRIDGE, VA  22191
                                   (703) 498-2107  HOME PHONE
                                   (510) 684-9607  MOBILE PHONE


ATTACHMENTS

1) 42 USC SECTION 1983

2) LETTER FROM DAVE FOREMAN, DISTRICT DIRECTOR FOR

CONGRESSMAN DAVIS.

3) LETTER FROM CONGRESSMAN GEORGE MILLER, SEPTEMBER 28TH 2004.

4) WEB PAGE ON BRADLEY WARD, CITY OF SAN PABLO CALIFORNIA.

5) EMAIL STATEMENTS FROM BARB JOHNSON, KATHY HOFFMAN,

DEBORAH TURNER, AND JUSTIN HAMILTON, WITH THE OFFICES OF

CONGRESSMAN GEORGE MILLER, 7TH DISTRICT OF CALIFORNIA, UNITED

STATES HOUSE OF REPRESENTATIVES, IN CONCORD AND VALLEJO

CALIFORNIA, AND WASHINGTON DC.


23

6) COMMENTS FROM BARBARA MCLEAN, FREEDOM OF INFORMATION ACT OFFICER, UNITED STATES DEPARTMENT OF AGRICULTURE. APRIL 26, 2006.

7) FINAL AGENCY DECISION FROM THE FARM SERVICE AGENCY OFFICE ON CIVIL RIGHTS.

8) STATEMENT FROM PETER SLEIGHT, USDA

9) REPLY FROM JOHN WILLIAMS, USDA

10) REPLY FROM J. BURTON ELLER, FREEDOM OF INFORMATION ACT (FOIA) RESPONSE, REGARDING MR. TED MACLAUGHLIN.

11) STATEMENTS FROM HEIDI MARQUEZ, SPECIAL ASSISTANT TO THE PRESIDENT AND DIRECTOR OF PRESIDENTIAL CORRESPONDENCE. SEPTEMBER 9, 2004.

12) WEB PAGE FROM THE PRESIDENT'S NEW FREEDOM COMMISSION ON MENTAL HEALTH.

13) TRANSCRIPT OF THE BILL OF RIGHTS, FROM THE WEBSITE OF THE NATIONAL ARCHIVES & RECORDS ADMINISTRATION. TRANSCRIPTS OF AMENDMENTS 1 THROUGH 27 TO THE U.S. CONSTITUTION, AND A TRANSCRIPT OF THE ORIGINAL ARTICLES OF THE UNITED STATES CONSITUTITION, FROM THE WEBSITE OF THE NATIONAL ARCHIVES & RECORDS ADMINISTRATION.

14) STATEMENTS FROM THE UNITED STATES AIR FORCE, FREEDOM OF INFORMATION ACT (FOIA) OFFICE, ON NELLIS AIR FORCE BASE.

24

15) WEB PAGE FROM NELLIS AIR FORCE BASE, PLUS THE BASE

COMMANDERS.

16) WEB PAGE FROM WILLIAM HARRELL, CITY OF RICHMOND VIRGINIA.

17) ATTACHMENT FROM BERKELEY HIGH SCHOOL 1984 YEARBOOK

HEATHER ANDERSON. PLUS ME, MY BROTHER AND SISTER.

18) FREEDOM OF INFORMATION ACT (FOIA) RESPONSE ON MR. JOHN

CHILDS. UNITED STATES DEPARTMENT OF AGRICULTURE.

19) FREEDOM OF INFORMATION ACT (FOIA) REPONSE, FROM THE UNITED

STATES DEPARTMENT OF HEALTH AND HUMAN SERVICES. SUBJECT: MR.

JOHN CHILDS.

20) VOTER REGISTRATION CARD, COMMONWEALTH OF VIRGINIA.

25

## I (a) PLAINTIFFS

William Lawrence Nellis

(b) COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF 88888
(EXCEPT IN U.S. PLAINTIFF CASES)

88888

(c) ATTORNEYS (FIRM NAME, ADDRESS, AND TELEPHONE NUMBER)

1288 Bayside Avenue Apartment 12
Woodbridge VA 22191 (703) 4918

### DEFENDANTS

Alberto Gonzales
United States Attorney General

COUNTY OF RESIDENCE OF FIRST LISTED DEFENDANT ____ (1001)
(IN U.S. PLAINTIFF CASES ONLY)

NOTE: IN LAND CONDEMNATION CASES, USE THE LOCATION OF THE
TRACT OF LAND INVOLVED

CASE NUMBER 1:06CV01704

JUDGE: Colleen Kollar-Kotelly

DECK TYPE: Pro se General Civil

DATE STAMP: 10/02/2006

## II. BASIS OF JURISDICTION

(PLACE AN x IN ONE BOX ONLY)

☐ 1 U.S. Government
Plaintiff

☐ 3 Federal Question
(U.S. Government Not a Party)

⊗ 2 U.S. Government
Defendant

☐ 4 Diversity
(Indicate Citizenship of Parties
in item III)

## III CITIZENS
FOR PLAINTIFF

| | PTF | DFT | | PTF | DFT |
|---|---|---|---|---|---|
| Citizen of this State | ☐ 1 | ⊗ | Incorporated or Principal Place of Business in This State | ☐ 4 | ☐ 4 |
| Citizen of Another State | ⊗ 2 | ☐ 2 | Incorporated and Principal Place of Business in Another State | ☐ 5 | ☐ 5 |
| Citizen or Subject of a Foreign Country | ☐ 3 | ☐ 3 | Foreign Nation | ☐ 6 | ☐ 6 |

## IV. CASE ASSIGNMENT AND NATURE OF SUIT

(Place a X in one category, A-N, that best represents your cause of action and one in a corresponding Nature of Suit)

### ☐ A. Antitrust

☐ 410 Antitrust

### ☐ B. Personal Injury/Malpractice

☐ 310 Airplane
☐ 315 Airplane Product Liability
☐ 320 Assault, Libel & Slander
☐ 330 Federal Employers Liability
☐ 340 Marine
☐ 345 Marine Product Liability
☐ 350 Motor Vehicle
☐ 355 Motor Vehicle Product Liability
☐ 360 Other Personal Injury
☐ 362 Medical Malpractice
☐ 365 Product Liability
☐ 368 Asbestos Product Liability

### ☐ C. Administrative Agency Review

☐ 151 Medicare Act

**Social Security:**
☐ 861 HIA ((1395ff)
☐ 862 Black Lung (923)
☐ 863 DIWC/DIWW (405(g)
☐ 864 SSID Title XVI
☐ 865 RSI (405(g)

**Other Statutes**
☐ 891 Agricultural Acts
☐ 892 Economic Stabilization Act
☐ 893 Environmental Matters
☐ 894 Energy Allocation Act
☐ 890 Other Statutory Actions (If Administrative Agency is Involved)

### ☐ D. Temporary Restraining Order/Preliminary Injunction

Any nature of suit from any category may be selected for this category of case assignment.

*(If Antitrust, then A governs)*

## ☒ E. General Civil (Other) OR ☒ F. Pro Se General Civil

**Real Property**
☐ 210 Land Condemnation
☐ 220 Foreclosure
☐ 230 Rent, Lease & Ejectment
☐ 240 Torts to Land
☐ 245 Tort Product Liability
☐ 290 All Other Real Property

**Personal Property**
☐ 370 Other Fraud
☐ 371 Truth in Lending
☐ 380 Other Personal Property Damage
☐ 385 Property Damage Product Liability

**Bankruptcy**
☐ 422 Appeal 28 USC 158
☐ 423 Withdrawal 28 USC 157

**Prisoner Petitions**
☐ 535 Death Penalty
☐ 540 Mandamus & Other
☐ 550 Civil Rights
☐ 555 Prison Condition

**Property Rights**
☐ 820 Copyrights
☐ 830 Patent
☐ 840 Trademark

**Federal Tax Suits**
☐ 870 Taxes (US plaintiff or defendant
☐ 871 IRS-Third Party 26 USC 7609

**Forfeiture/Penalty**
☐ 610 Agriculture
☐ 620 Other Food &Drug
☐ 625 Drug Related Seizure of Property 21 USC 881
☐ 630 Liquor Laws
☐ 640 RR & Truck
☐ 650 Airline Regs
☐ 660 Occupational Safety/Health
☐ 690 Other

**Other Statutes**
☐ 400 State Reapportionment
☐ 430 Banks & Banking
☐ 450 Commerce/ICC Rates/etc.
☐ 460 Deportation

☒ 470 Racketeer Influenced & Corrupt Organizations
☐ 480 Consumer Credit
☐ 490 Cable/Satellite TV
☐ 810 Selective Service
☐ 850 Securities/Commodities/Exchange
☐ 875 Customer Challenge 12 USC 3410
☐ 900 Appeal of fee determination under equal access to Justice
☐ 950 Constitutionality of State Statutes
☐ 890 Other Statutory Actions (if not administrative agency review or Privacy Act

⑨

| □ G. *Habeas Corpus/ 2255* | □ H. *Employment Discrimination* | □ I. *FOIA/PRIVACY ACT* | □ J. *Student Loan* |
|---|---|---|---|
| □ 530 Habeas Corpus-General<br>□ 510 Motion/Vacate Sentence | □ 442 Civil Rights-Employment (criteria: race, gender/sex, national origin, discrimination, disability age, religion, retaliation)<br><br>*(If pro se, select this deck)* | □ 895 Freedom of Information Act<br>□ 890 Other Statutory Actions (if Privacy Act)<br><br><br>*(If pro se, select this deck)* | □ 152 Recovery of Defaulted Student Loans (excluding veterans) |

| □ K. *Labor/ERISA (non-employment)* | □ L. *Other Civil Rights (non-employment)* | □ M. *Contract* | □ N. *Three-Judge Court* |
|---|---|---|---|
| □ 710 Fair Labor Standards Act<br>□ 720 Labor/Mgmt. Relations<br>□ 730 Labor/Mgmt. Reporting & Disclosure Act<br>□ 740 Labor Railway Act<br>□ 790 Other Labor Litigation<br>□ 791 Empl. Ret. Inc. Security Act | □ 441 Voting (if not Voting Rights Act)<br>□ 443 Housing/Accommodations<br>□ 444 Welfare<br>□ 440 Other Civil Rights<br>□ 445 American w/Disabilities-Employment<br>□ 446 Americans w/Disabilities-Other | □ 110 Insurance<br>□ 120 Marine<br>□ 130 Miller Act<br>□ 140 Negotiable Instrument<br>□ 150 Recovery of Overpayment & Enforcement of Judgment<br>□ 153 Recovery of Overpayment of Veteran's Benefits<br>□ 160 Stockholder's Suits<br>□ 190 Other Contracts<br>□ 195 Contract Product Liability<br>□ 196 Franchise | □ 441 Civil Rights-Voting (if Voting Rights Act) |

**V. ORIGIN**

⊗ 1 Original Proceeding    □ 2 Removed from State Court    □ 3 Remanded from Appellate Court    □ 4 Reinstated or Reopened    □ 5 Transferred from another district (specify)    □ Multi district Litigation    □ 7 Appeal to District Judge from Mag. Judge

---

**VI. CAUSE OF ACTION (CITE THE U.S. CIVIL STATUTE UNDER WHICH YOU ARE FILING AND WRITE A BRIEF STATEMENT OF CAUSE.)**

42 USC. Section 1983

**VII. REQUESTED IN COMPLAINT**    CHECK IF THIS IS A CLASS    □ ACTION UNDER F.R.C.P. 23     DEMAND $ $15,000,000    Check YES only if demanded in complaint    **JURY DEMAND:** □ YES ⊠ NO

**VIII. RELATED CASE(S) IF ANY** (See instruction)    OF.    □ YES ⊠ NO    If yes, please complete related case form.

DATE 10/2/2006    SIGNATURE OF ATTORNEY OF RECORD    *William J Lell*

## INSTRUCTIONS FOR COMPLETING CIVIL COVER SHEET JS-44
### Authority for Civil Cover Sheet

The JS-44 civil cover sheet and the information contained herein neither replaces nor supplements the filings and service of pleadings or other papers as required by law, except as provided by local rules of court. This form, approved by the Judicial Conference of the United States in September 1974, is required for the use of the Clerk of Court for the purpose of initiating the civil docket sheet. Consequently a civil cover sheet is submitted to the Clerk of Court for each civil complaint filed. Listed below are tips for completing the civil cover sheet. These tips coincide with the Roman Numerals on the Cover Sheet.

I.    COUNTY OF RESIDENCE OF FIRST LISTED PLAINTIFF/DEFENDANT (b) County of residence: Use 11001 to indicate plaintiff is resident of Washington, D.C.; 88888 if plaintiff is resident of the United States but not of Washington, D.C., and 99999 if plaintiff is outside the United States.

III.    CITIZENSHIP OF PRINCIPAL PARTIES: This section is completed only if diversity of citizenship was selected as the Basis of Jurisdiction under Section II.

IV.    CASE ASSIGNMENT AND NATURE OF SUIT: The assignment of a judge to your case will depend on the category you select that best represents the primary cause of action found in your complaint. You may select only one category. You must also select one corresponding nature of suit found under the category of case.

VI.    CAUSE OF ACTION: Cite the US Civil Statute under which you are filing and write a brief statement of the primary cause.

VIII.    RELATED CASES, IF ANY: If you indicated that there is a related case, you must complete a related case form, which may be obtained from the Clerk's Office.

Because of the need for accurate and complete information, you should ensure the accuracy of the information provided prior to signing the form.

N:\forms\js-44.wpd

Office of the Law Revision Counsel, U.S. House of Representatives
Home  Search  Download  Classification  Codification  About



[ Go to 1st query term(s) ]

-CITE-

**42 USC** Sec. **1983**                                                    01/19/04

-EXPCITE-

TITLE 42 - THE PUBLIC HEALTH AND WELFARE

CHAPTER 21 - CIVIL RIGHTS

SUBCHAPTER I - GENERALLY

-HEAD-

Sec. 1983. Civil action for deprivation of rights

-STATUTE-

Every person who, under color of any statute, ordinance,

regulation, custom, or usage, of any State or Territory or the

District of Columbia, subjects, or causes to be subjected, any

citizen of the United States or other person within the

jurisdiction thereof to the deprivation of any rights, privileges,

or immunities secured by the Constitution and laws, shall be liable

to the party injured in an action at law, suit in equity, or other

proper proceeding for redress, except that in any action brought

against a judicial officer for an act or omission taken in such

officer's judicial capacity, injunctive relief shall not be granted

unless a declaratory decree was violated or declaratory relief was

unavailable. For the purposes of this section, any Act of Congress

applicable exclusively to the District of Columbia shall be

considered to be a statute of the District of Columbia.

-SOURCE-

(R.S. Sec. 1979; Pub. L. 96-170, Sec. 1, Dec. 29, 1979, 93 Stat.

1284; Pub. L. 104-317, title III, Sec. 309(c), Oct. 19, 1996, 110

06 1704

**FILED**

OCT - 2 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

Stat. 3853.)

-COD-

## CODIFICATION

R.S. Sec. 1979 derived from act Apr. 20, 1871, ch. 22, Sec. 1, 17 Stat. 13.

Section was formerly classified to section 43 of Title 8, Aliens and Nationality.

-MISC1-

## AMENDMENTS

1996 - Pub. L. 104-317 inserted before period at end of first sentence ", except that in any action brought against a judicial officer for an act or omission taken in such officer's judicial capacity, injunctive relief shall not be granted unless a declaratory decree was violated or declaratory relief was unavailable".

1979 - Pub. L. 96-170 inserted "or the District of Columbia" after "Territory", and provisions relating to Acts of Congress applicable solely to the District of Columbia.

### EFFECTIVE DATE OF 1979 AMENDMENT

Amendment by Pub. L. 96-170 applicable with respect to any deprivation of rights, privileges, or immunities secured by the Constitution and laws occurring after Dec. 29, 1979, see section 3 of Pub. L. 96-170, set out as a note under section 1343 of Title 28, Judiciary and Judicial Procedure.

-SECREF-

### SECTION REFERRED TO IN OTHER SECTIONS

This section is referred to in sections 1437c-1, 1988, 1997e of this title.



**TOM DAVIS**
11TH DISTRICT, VIRGINIA

COMMITTEE ON GOVERNMENT REFORM
CHAIRMAN

COMMITTEE ON HOMELAND SECURITY

COMMITTEE ON ENERGY AND COMMERCE
(ON LEAVE)

# Congress of the United States
## House of Representatives
### Washington, DC 20515–4611

2348 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515
(202) 225–1492

DISTRICT OFFICES:

4115 ANNANDALE ROAD
SUITE 103
ANNANDALE, VA 22003
(703) 916–9610

13546 MINNIEVILLE ROAD
WOODBRIDGE, VA 22192
(703) 590–4599
www.house.gov/tomdavis

May 17, 2006

Mr. Bill Nellis
1288 Bayside Avenue, Apartment 12
Woodbridge, Virginia 22191

Mr. Nellis:

A careful review has been made of the background information contained in the materials you dropped off at Congressman Tom Davis' Woodbridge District Office as well as of the materials you have left with his staff on previous occasions.

Members of the Congressman's staff have explained to you on several occasions in the past that these are not matters in which he can be of assistance to you. Therefore, I must ask that you have no further contact with the Congressman or his staff regarding these or other allegations, including by e-mail; telephone; regular mail; or personal visits to his Capitol Hill or District Offices.

This office is unable to be of further assistance to you.

Dave Foreman
District Director

GEORGE MILLER
7TH DISTRICT, CALIFORNIA

2205 RAYBURN HOUSE OFFICE BUILDING
WASHINGTON, DC 20515–0507
(202) 225–2095
www.house.gov/georgemiller
DANIEL WEISS
CHIEF OF STAFF

COMMITTEE ON EDUCATION
AND THE WORKFORCE
SENIOR DEMOCRAT

COMMITTEE ON RESOURCES

DEMOCRATIC POLICY COMMITTEE
CHAIRMAN

# Congress of the United States
## House of Representatives
### Washington, DC 20515–0507

CAROL HATCH
DISTRICT DIRECTOR

1333 WILLOW PASS ROAD
SUITE 203
CONCORD, CA 94520
(925) 602–1880

3220 BLUME DRIVE
SUITE 281
RICHMOND, CA 94806
(510) 262–6500

375 G STREET
SUITE #1
VALLEJO, CA 94592
(707) 645–1888

TTY (202) 225–1904

September 28, 2004

Bill Nellis
1201 Glen Cove Parkway, #303
Vallejo, Ca 94591

Dear Mr. Nellis:

This is in response to documents you recently hand-carried to my Concord District office requesting my assistance with regard to, among many other things, initiating formal inquiries and investigations into auditory hallucinations and other "forms of terrorism" allegedly being conducted on you and others.  As I understand it, in addition to dropping by my office , you have also e-mailed and telephoned my district office staff  regarding these issues.

Unfortunately, I must refuse your request for my assistance or involvement.  I must also ask that you have no further contact, including e-mail, phone, regular mail or personal visits, with my staff or me regarding these matters.

I sincerely  regret that I am unable to help you.

Sincerely,

George Miller
Member of Congress
7th CD, California

San Pablo - Finance Director



# CITY SERVICES

City Services > City Manager > Finance > Finance Director

## Finance Director Bradley Ward



**Phone:** (510) 215-3027
**Fax:** (510) 235-7059
**Email:** BradW@ci.san-pablo.ca.us

## Education/Background:

Wharton Graduate, University of Pennsylvania

Pablo - Finance Director

MBA Degree in Finance

## Professional Involvement:

- Government Finance Officials Association
- California State Municipal Finance & Officials Assoc.
- California Society of CPA's
- San Pablo Rotary

## Personal:

- Married with three children

Home | About | Services | Officials | Jobs | News | Resources | Search | Site Map | Contact | City Connect Form

City of New Directions

Content © 2003 - 2006 City of San Pablo
Technology and Design © 2003 - 2006 ██████ All Rights Reserved.

http://www.ci.san-pablo.ca.us/main/genovevacalloway.htm

City of SAN PABLO *California*

# ELECTED OFFICIALS

Elected Officials > City Council > Mayor Calloway

## Mayor Genoveva Garcia Calloway



**Elected:** November 2002
**Term Ends :** November 2006
**Phone:** (510) 215-3000
**Fax:** (510) 620-0204
**Email:** gcalloway@sbcglobal.net
**Home:** (510) 237-5009

A 20-year program manager with the Contra Costa County Mental Health Division in her professional life with experience as elected San Pablo City Clerk from 1998 to 2002, Genoveva Calloway's extensive community involvement starts with her Council Committee work.

13831 San Pablo Avenue
San Pablo CA 94806
Senator Don Perata
Assembly Marylin Hancock

Kacy Lee

City of San Pablo - Mayor Calloway

- League of California Cities, East Bay Division
- Association of Bay Area Government (alternate)
- Contra Costa Mayors Conference
- West County Mayors and Supervisors Association

**Education:**
- Master degree in Social Work, U.C. Berkeley
- B.A. Psychology, Mills College
- A.A. Liberal Arts, Contra Costa College

**Appointments:**
- Former San Pablo City Planning Commissioner
- Old Town Special Projects Committee Chairperson

**Memberships:**
- San Pablo/Manzanillo Sister City Committee
- San Pablo Library "Stories To Go" Downer School Headstart Program - Volunteer Reader
- San Pablo Eagles Auxiliary
- Contra Costa College Alumnae & Friends Assoc-Acting Chair
- West County Concilio Latino - Co Chair
- West County Music Society - Member
- HOPE (Hispanas Organized for Political Equality)
- San Pablo Chamber of Commerce - Member
- San Pablo Rotary Club - Member

**Past Memberships:**
- El Cerrito High School College Advisor Volunteer
- El Cerrito High School Marching Band Parent Volunteer
- El Cerrito High School Swim Team Parent Volunteer
- Contra Costa County Aids Consortium
- Familias Unidas Counseling Center - Co-Founder
- CCC Mental Health Advisory Board

# City of San Pablo - Mayor Calloway

## Bilingual - English and Spanish

Home | About | Services | Officials | Jobs | News | Resources | Search | Site Map | Contact | City Connect Form

Content © 2003 - 2006 City of San Pablo
Technology and Design © 2003 - 2006 [redacted] All Rights Reserved.

From:    "Johnson, Barb" <Barb.Johnson@mail.house.gov>
To:      "'billnellis@earthlink.net'"
Subject: RE: RE: Ethics Questions and Constituent Services
Date:    Jul 13, 2005 12:31 PM

Bill:
Thank you for your email message.  Kathy Hoffman, Deborah Turner and Justin
Hamilton are indeed on Congressman Miller's staff but their work for the
Congressman does not involve direct Constituent Services so it is not
appropriate to have their names on your email list.  You should simply
contact me directly.

I'm sure you understand that each of our staff members receives hundreds of
email messages for which they do have responsibility.  Timely responses
become more difficult when they receive correspondence on matters that are
not within their jurisdiction.  We try to give Congressman Miller's
constituents the most expeditious method of communication with our office;
for you, that would mean only sending your messages to my attention.  I will
make sure that our office assists you whenever possible.  Again, please
remove Kathy, Deborah, and Justin from your address book.


Sincerely,
Barb Johnson
District Director with
Congressman George Miller
7th District, California
Phone: (925) 602-1880
Fax:    (925) 674-0983


-----Original Message-----
From: billnellis@earthlink.net [mailto:billnellis@earthlink.net]
Sent: Tuesday, July 12, 2005 6:29 PM
To: Johnson, Barb; rene.rodriguez@ca.usda.gov
Cc: slpiel@aol.com; aliceamail@yahoo.com
Subject: Fw: RE: Ethics Questions and Constituent Services

Dear Barb and Rene,

Barb, these are copies of emails I received from Deborah Turner, Justin
Hamilton and Kathy Hoffman with your office.  I understand that you are the
District Director for Congressman Miller, and Deborah, Justin and Kathy also
work for the Congressman.

Rene handled the intake for the Civil Rights complaint I filed with USDA,
out of the USDA state office in Davis.

These responses were not very favorable, and it appears that Deborah, Justin
and Kathy have denied my requests for constituent services, and this has now
happened more than once.

I would like to deal with the response I finally received from USDA, but I
am not happy with the responses I received from Deborah, Justin and Kathy.

This is the response from Kathy Hoffman...

Sincerely,

Bill

CC: Syndi Piel
Alicea Sader


-----Forwarded Message-----
From: "Hoffman, Kathy" <Kathy.Hoffman@mail.house.gov>
Sent: Jul 1, 2005 8:52 AM
To: billnellis@earthlink.net
Subject: RE: Ethics Questions

Bill, please stop emailing me.

-----Original Message-----
From: billnellis@earthlink.net [mailto:billnellis@earthlink.net]
Sent: Thursday, June 30, 2005 7:00 AM
To: Scott Wilson; josh.thurman@acgov.org; david.jones@dmh.ca.gov; Miller,
George; Assemblymember.Evans@assembly.ca.gov; sean.macneil@asm.ca.gov;
David.Green@asm.ca.gov; nick.caston@asm.ca.gov;
Myra.Bates-Portwood@asm.ca.gov; Anthony.Matthews@asm.ca.gov;
Amber.Hamann@asm.ca.gov; Steve.Benjamin@asm.ca.gov;
Laura.Boschen@asm.ca.gov; Johnson, Barb; Hoffman, Kathy; Turner, Deborah;
Ursino, Adrienne
Cc: Brown, Matt; Demaray, Kellymarie; Barbara Compton
Subject: Re: Ethics Questions

Scott,

Thank you for responding. I took this to Josh Thurman with Scott Haggerty's
Office in the Alameda County Board of Supervisors. That was several months
ago. Last week I also dicussed this with Vallejo's Mayor Tony Intintoli and
City Manager Roger Kemp. In California, cities don't provide mental health
services. They are provided entirely at the county level. I did talk with
an intake officer with the Solano County Mental Health Clinic, but was not
at all satisfied with this approach at all. It's really up to families to
decide if counseling, hospitalizations, or the use of medications is really
the right approach for them.

I also discussed these issues with staff members from the offices of my
Assemblywoman, Noreen Evans, and the office of my Congressman, George
Miller. I am sending them a copy of this email, including Matthew Brown and
Kellymarie Demaray with Ellen Tauscher's Office in Walnut Creek.
Previously, I had also contacted staff members with Assemblyman Guy
Houston's Office in Livermore.

I know there is a Homeland Security Agenda for the Livermore Lab and the
public is still generally concerned about the nuclear agenda, which is now
being coordinated, more transparently, through the Department of Homeland
Security. There are fundamental health questions that can be addressed
through the Department of Homeland Security, at least until the public
catches on. At the present time, it is not a public safety and prevention
strategy, though it should focus more on community health and less on
terrorism, depending on the public's involvement.

Certainly I would like to hear more from the Lab on this. Especially the
use of psychiatry and the war on terror. The Lab is involved in the nuclear
agenda, with Departments and Agencies that authorize the use of deadly
force. And certainly the public does recognize the danger. I spent a lot
of my own time and money researching mental health and fundamental health

questions since the 9/11 attacks, for this reason. Health care is typically regulated at the state level. In California, it's through the Medical Board of California. Court appointed psychiatry is another problem altogether.

I found that the internet does provide a wealth of information to address many of this problems, especially through the California State Legislature and the United States Congress. I am certainly no computer wiz, but the internet is certainly a powerful tool in this effort.

I have addressed many of these issues in California and in Washington DC, and with family members who live in different parts of the county, like New York and Boston. Certainly families don't fully appreciate "security" or
the health care lobby. And I believe there are opportunities to explore this through the Office of the Secretary of Education. As I have investigated this approach, I have spent a lot of my own time and money, and am now moving on to investigate these questions with the New York Stock Exchange and the National Association of Securities Dealers. These institutions obviously have not reconciled their agenda with the American Public, and "financial matters" are a source or sign of mental illness for
many american families. This strategy is usually politically divisive at home and results in divorce.

I do want to learn more about the planning agendas through the Government Performance and Results Act (GPRA), and I'm not sure if the Lab is bound by the GPRA. Maybe you could let me know what this means for you. I don't believe the Lab should not be singled out for any reason, including the nuclear agenda. That is a leviathan effort involving the media, the United States Congress, and the White House. There is a real need to integrate health care with the Pentagon, the media and law enforcement, and build this strategy around doctors and families who do not recognize the problem.

I have also cc'ed Barbara Compton with the Superior Court of San Francisco. I am not a lawyer and don't know if there are any legal issues involved.

Thanks for your help.

Bill Nellis


-----Original Message-----
From: Scott Wilson <wilson101@llnl.gov>
Sent: Jun 29, 2005 4:21 PM
To: billnellis@earthlink.net
Subject: Re: Ethics Questions

Bill -

Sorry to have taken so long to get back to you on your question about mental health or related services. I checked here and found that, unfortunately, the Laboratory does not provide these services to family members of retirees. However, I am aware of mental health services offered by Alameda County that may mirror those offered in Solano County where you reside. You may already be familiar with them. Here is a weblink to Solano County's mental health services -
http://www.co.solano.ca.us/SubSection/SubSection.asp?NavID=425

Regards,

```
Scott Wilson
Public Affairs Office
LLNL
```

From:    "Hoffman, Kathy" <Kathy.Hoffman@mail.house.gov>
To:      billnellis@earthlink.net
Subject: RE: Ethics Questions
Date:    Jul 1, 2005 11:52 AM

Bill, please stop emailing me.

-----Original Message-----
From: billnellis@earthlink.net [mailto:billnellis@earthlink.net]
Sent: Thursday, June 30, 2005 7:00 AM
To: Scott Wilson; josh.thurman@acgov.org; david.jones@dmh.ca.gov; Miller,
George; Assemblymember.Evans@assembly.ca.gov; sean.macneil@asm.ca.gov;
David.Green@asm.ca.gov; nick.caston@asm.ca.gov;
Myra.Bates-Portwood@asm.ca.gov; Anthony.Matthews@asm.ca.gov;
Amber.Hamann@asm.ca.gov; Steve.Benjamin@asm.ca.gov;
Laura.Boschen@asm.ca.gov; Johnson, Barb; Hoffman, Kathy; Turner, Deborah;
Ursino, Adrienne
Cc: Brown, Matt; Demaray, Kellymarie; Barbara Compton
Subject: Re: Ethics Questions

Scott,

Thank you for responding.  I took this to Josh Thurman with Scott Haggerty's
Office in the Alameda County Board of Supervisors.  That was several months
ago.  Last week I also dicussed this with Vallejo's Mayor Tony Intintoli and
City Manager Roger Kemp.  In California, cities don't provide mental health
services.  They are provided entirely at the county level.  I did talk with
an intake officer with the Solano County Mental Health Clinic, but was not
at all satisfied with this approach at all.  It's really up to families to
decide if counseling, hospitalizations, or the use of medications is really
the right approach for them.

I also discussed these issues with staff members from the offices of my
Assemblywoman, Noreen Evans, and the office of my Congressman, George
Miller.  I am sending them a copy of this email, including Matthew Brown and
Kellymarie Demaray with Ellen Tauscher's Office in Walnut Creek.
Previously, I had also contacted staff members with Assemblyman Guy
Houston's Office in Livermore.

I know there is a Homeland Security Agenda for the Livermore Lab and the
public is still generally concerned about the nuclear agenda, which is now
being coordinated, more transparently, through the Department of Homeland
Security.  There are fundamental health questions that can be addressed
through the Department of Homeland Security, at least until the public
catches on.  At the present time, it is not a public safety and prevention
strategy, though it should focus more on community health and less on
terrorism, depending on the public's involvement.

Certainly I would like to hear more from the Lab on this.  Especially the
use of psychiatry and the war on terror.  The Lab is involved in the nuclear
agenda, with Departments and Agencies that authorize the use of deadly
force.  And certainly the public does recognize the danger.  I spent a lot
of my own time and money researching mental health and fundamental health
questions since the 9/11 attacks, for this reason.  Health care is typically
regulated at the state level.  In California, it's through the Medical Board
of California.  Court appointed psychiatry is another problem altogether.

I found that the internet does provide a wealth of information to address

many of this problems, especially through the California State Legislature
and the United States Congress.  I am certianly no computer wiz, but the
internet is certainly a powerful tool in this effort.

I have addressed many of these issues in California and in Washington DC,
and with family members who live in different parts of the county, like New
York and Boston.  Certainly families don't fully appreciate "security"
or
the health care lobby.  And I believe there are opportunities to explore
this through the Office of the Secretary of Education.  As I have
investigated this approach, I have spent a lot of my own time and money, and
am now moving on to investigate these questions with the New York Stock
Exchange and the National Association of Securities Dealers.  These
institutions obviously have not reconciled their agenda with the American
Public, and "financial matters" are a source or sign of mental illness
for
many american families.  This strategy is usually politically divisive at
home and results in divorce.

I do want to learn more about the planning agendas through the Government
Performance and Results Act (GPRA), and I'm not sure if the Lab is bound by
the GPRA.  Maybe you could let me know what this means for you.  I don't
believe the Lab should not be singled out for any reason, including the
nuclear agenda.  That is a leviathan effort involving the media, the United
States Congress, and the White House.  There is a real need to integrate
health care with the Pentagon, the media and law enforcement, and build this
strategy around doctors and families who do not recognize the problem.

I have also cc'ed Barbara Compton with the Superior Court of San Francisco.
I am not a lawyer and don't know if there are any legal issues involved.

Thanks for your help.

Bill Nellis


-----Original Message-----
From: Scott Wilson <wilson101@llnl.gov>
Sent: Jun 29, 2005 4:21 PM
To: billnellis@earthlink.net
Subject: Re: Ethics Questions

Bill -

Sorry to have taken so long to get back to you on your question about
mental health or related services.  I checked here and found that,
unfortunately, the Laboratory does not provide these services to family
members of retirees.  However, I am aware of mental health services offered
by Alameda County that may mirror those offered in Solano County where you
reside.  You may already be familiar with them.  Here is a web link to
Solano County's mental health services -
http://www.co.solano.ca.us/SubSection/SubSection.asp?NavID=425

Regards,

Scott Wilson
Public Affairs Office
LLNL

From:     "Turner, Deborah" <Deborah.Turner7@mail.house.gov>
To:       "'billnellis@earthlink.net'"
Subject:  RE: Ethics Questions
Date:     Jul 5, 2005 1:39 PM

Mr. Ellis,

Please remove me from your e-mail list. As I explained when you were in the
office, I am not a caseworker and therefore should not be included in your
communication.  You already have the appropriate contact, Barb Johnson.

Thank You,
Deborah Turner

Deborah Turner
Office of Congressman George Miller
7th District, California
925-602-1880 / 925-674-0983 (fax)
deborah.turner7@mail.house.gov

-----Original Message-----
From: billnellis@earthlink.net [mailto:billnellis@earthlink.net]
Sent: Thursday, June 30, 2005 11:00 AM
To: Scott Wilson; josh.thurman@acgov.org; david.jones@dmh.ca.gov; Miller,
George; Assemblymember.Evans@assembly.ca.gov; sean.macneil@asm.ca.gov;
David.Green@asm.ca.gov; nick.caston@asm.ca.gov;
Myra.Bates-Portwood@asm.ca.gov; Anthony.Matthews@asm.ca.gov;
Amber.Hamann@asm.ca.gov; Steve.Benjamin@asm.ca.gov;
Laura.Boschen@asm.ca.gov; Johnson, Barb; Hoffman, Kathy; Turner, Deborah;
Ursino, Adrienne
Cc: Brown, Matt; Demaray, Kellymarie; Barbara Compton
Subject: Re: Ethics Questions

Scott,

Thank you for responding.  I took this to Josh Thurman with Scott Haggerty's
Office in the Alameda County Board of Supervisors.  That was several months
ago.  Last week I also dicussed this with Vallejo's Mayor Tony Intintoli and
City Manager Roger Kemp.  In California, cities don't provide mental health
services.  They are provided entirely at the county level.  I did talk with
an intake officer with the Solano County Mental Health Clinic, but was not
at all satisfied with this approach at all.  It's really up to families to
decide if counseling, hospitalizations, or the use of medications is really
the right approach for them.

I also discussed these issues with staff members from the offices of my
Assemblywoman, Noreen Evans, and the office of my Congressman, George
Miller.  I am sending them a copy of this email, including Matthew Brown and
Kellymarie Demaray with Ellen Tauscher's Office in Walnut Creek.
Previously, I had also contacted staff members with Assemblyman Guy
Houston's Office in Livermore.

I know there is a Homeland Security Agenda for the Livermore Lab and the
public is still generally concerned about the nuclear agenda, which is now
being coordinated, more transparently, through the Department of Homeland
Security.  There are fundamental health questions that can be addressed
through the Department of Homeland Security, at least until the public
catches on.  At the present time, it is not a public safety and prevention

strategy, though it should focus more on community health and less on terrorism, depending on the public's involvement.

Certainly I would like to hear more from the Lab on this. Especially the use of psychiatry and the war on terror.  The Lab is involved in the nuclear agenda, with Departments and Agencies that authorize the use of deadly force.  And certainly the public does recognize the danger.  I spent a lot of my own time and money researching mental health and fundamental health questions since the 9/11 attacks, for this reason.  Health care is typically regulated at the state level.  In California, it's through the Medical Board of California.  Court appointed psychiatry is another problem altogether.

I found that the internet does provide a wealth of information to address many of this problems, especially through the California State Legislature and the United States Congress.  I am certainly no computer wiz, but the internet is certainly a powerful tool in this effort.

I have addressed many of these issues in California and in Washington DC, and with family members who live in different parts of the county, like New York and Boston.  Certainly families don't fully appreciate "security" or
the health care lobby.  And I believe there are opportunities to explore this through the Office of the Secretary of Education.  As I have investigated this approach, I have spent a lot of my own time and money, and am now moving on to investigate these questions with the New York Stock Exchange and the National Association of Securities Dealers.  These institutions obviously have not reconciled their agenda with the American Public, and "financial matters" are a source or sign of mental illness for
many american families.  This strategy is usually politically divisive at home and results in divorce.

I do want to learn more about the planning agendas through the Government Performance and Results Act (GPRA), and I'm not sure if the Lab is bound by the GPRA.  Maybe you could let me know what this means for you.  I don't believe the Lab should not be singled out for any reason, including the nuclear agenda.  That is a leviathan effort involving the media, the United States Congress, and the White House.  There is a real need to integrate health care with the Pentagon, the media and law enforcement, and build this strategy around doctors and families who do not recognize the problem.

I have also cc'ed Barbara Compton with the Superior Court of San Francisco. I am not a lawyer and don't know if there are any legal issues involved.

Thanks for your help.

Bill Nellis


-----Original Message-----
From: Scott Wilson <wilson101@llnl.gov>
Sent: Jun 29, 2005 4:21 PM
To: billnellis@earthlink.net
Subject: Re: Ethics Questions

Bill -

Sorry to have taken so long to get back to you on your question about mental health or related services.  I checked here and found that,

unfortunately, the Laboratory does not provide these services to family
members of retirees.  However, I am aware of mental health services offered
by Alameda County that may mirror those offered in Solano County where you
reside.  You may already be familiar with them.  Here is a weblink to
Solano County's mental health services -
http://www.co.solano.ca.us/SubSection/SubSection.asp?NavID=425

Regards,

Scott Wilson
Public Affairs Office
LLNL

From:     "Hamilton, Justin" <Justin.Hamilton@mail.house.gov>
To:       "'billnellis@earthlink.net'"
Subject:  RE: RE: Ethics Questions
Date:     Jul 6, 2005 10:22 AM

Bill,

The help you need, we cannot provide. While I understand how frustrating it
must be to live with bi-polarity day to day, and how difficult it must make
it to effectively answer the many questions you must have, I also must now
ask that you stop e-mailing me.

I would urge you to seek professional help for your condition and hope that
you soon find it. Please direct your tireless energies to the positive goal
of healing.

-----Original Message-----
From: billnellis@earthlink.net [mailto:billnellis@earthlink.net]
Sent: Wednesday, July 06, 2005 12:24 AM
To: Hamilton, Justin
Subject: Fw: RE: Ethics Questions


Justin

I have been repeatedly stymied by members of your District Staff in my
efforts to seek constituent services.  The original email was a response
from Scott Wilson with the Lawrence Livermore Lab in Livermore.  My Dad
worked there for most of his career as a physicist until he retired last
summer to join the Physics Department of Harvard University.  I am really
frustrated by the responses I have received from Kathy Hoffman and from
Deborah Turner.  And frankly I don't know what the problem is.

I cc'ed Matthew Brown and Kellymarie Demaray on Scott's response.  Matthew
and Kelly work for Congresswoman Ellen Tauscher's office in Walnut Creek.
The Livermore Lab is in her District.

Bill

-----Forwarded Message-----
From: "Hoffman, Kathy" <Kathy.Hoffman@mail.house.gov>
Sent: Jul 1, 2005 8:52 AM
To: billnellis@earthlink.net
Subject: RE: Ethics Questions

Bill, please stop emailing me.

-----Original Message-----
From: billnellis@earthlink.net [mailto:billnellis@earthlink.net]
Sent: Thursday, June 30, 2005 7:00 AM
To: Scott Wilson; josh.thurman@acgov.org; david.jones@dmh.ca.gov; Miller,
George; Assemblymember.Evans@assembly.ca.gov; sean.macneil@asm.ca.gov;
David.Green@asm.ca.gov; nick.caston@asm.ca.gov;
Myra.Bates-Portwood@asm.ca.gov; Anthony.Matthews@asm.ca.gov;
Amber.Hamann@asm.ca.gov; Steve.Benjamin@asm.ca.gov;
Laura.Boschen@asm.ca.gov; Johnson, Barb; Hoffman, Kathy; Turner, Deborah;
Ursino, Adrienne
Cc: Brown, Matt; Demaray, Kellymarie; Barbara Compton

Subject: Re: Ethics Questions

Scott,

Thank you for responding. I took this to Josh Thurman with Scott Haggerty's
Office in the Alameda County Board of Supervisors. That was several months
ago. Last week I also dicussed this with Vallejo's Mayor Tony Intintoli and
City Manager Roger Kemp. In California, cities don't provide mental health
services. They are provided entirely at the county level. I did talk with
an intake officer with the Solano County Mental Health Clinic, but was not
at all satisfied with this approach at all. It's really up to families to
decide if counseling, hospitalizations, or the use of medications is really
the right approach for them.

I also discussed these issues with staff members from the offices of my
Assemblywoman, Noreen Evans, and the office of my Congressman, George
Miller. I am sending them a copy of this email, including Matthew Brown and
Kellymarie Demaray with Ellen Tauscher's Office in Walnut Creek.
Previously, I had also contacted staff members with Assemblyman Guy
Houston's Office in Livermore.

I know there is a Homeland Security Agenda for the Livermore Lab and the
public is still generally concerned about the nuclear agenda, which is now
being coordinated, more transparently, through the Department of Homeland
Security. There are fundamental health questions that can be addressed
through the Department of Homeland Security, at least until the public
catches on. At the present time, it is not a public safety and prevention
strategy, though it should focus more on community health and less on
terrorism, depending on the public's involvement.

Certainly I would like to hear more from the Lab on this. Especially the
use of psychiatry and the war on terror. The Lab is involved in the nuclear
agenda, with Departments and Agencies that authorize the use of deadly
force. And certainly the public does recognize the danger. I spent a lot
of my own time and money researching mental health and fundamental health
questions since the 9/11 attacks, for this reason. Health care is typically
regulated at the state level. In California, it's through the Medical Board
of California. Court appointed psychiatry is another problem altogether.

I found that the internet does provide a wealth of information to address
many of this problems, especially through the California State Legislature
and the United States Congress. I am certianly no computer wiz, but the
internet is certainly a powerful tool in this effort.

I have addressed many of these issues in California and in Washington DC,
and with family members who live in different parts of the county, like New
York and Boston. Certainly families don't fully appreciate "security"
or
the health care lobby. And I believe there are opportunities to explore
this through the Office of the Secretary of Education. As I have
investigated this approach, I have spent a lot of my own time and money, and
am now moving on to investigate these questions with the New York Stock
Exchange and the National Association of Securities Dealers. These
institutions obviously have not reconciled their agenda with the American
Public, and "financial matters" are a source or sign of mental illness
for
many american families. This strategy is usually politically divisive at
home and results in divorce.



I do want to learn more about the planning agendas through the Government
Performance and Results Act (GPRA), and I'm not sure if the Lab is bound by
the GPRA.  Maybe you could let me know what this means for you.  I don't
believe the Lab should not be singled out for any reason, including the
nuclear agenda.  That is a leviathan effort involving the media, the United
States Congress, and the White House.  There is a real need to integrate
health care with the Pentagon, the media and law enforcement, and build this
strategy around doctors and families who do not recognize the problem.

I have also cc'ed Barbara Compton with the Superior Court of San Francisco.
I am not a lawyer and don't know if there are any legal issues involved.

Thanks for your help.

Bill Nellis


-----Original Message-----
From: Scott Wilson <wilson101@llnl.gov>
Sent: Jun 29, 2005 4:21 PM
To: billnellis@earthlink.net
Subject: Re: Ethics Questions

Bill -

Sorry to have taken so long to get back to you on your question about
mental health or related services.  I checked here and found that,
unfortunately, the Laboratory does not provide these services to family
members of retirees.  However, I am aware of mental health services offered
by Alameda County that may mirror those offered in Solano County where you
reside.  You may already be familiar with them.  Here is a web link to
Solano County's mental health services -
http://www.co.solano.ca.us/SubSection/SubSection.asp?NavID=425

Regards,

Scott Wilson
Public Affairs Office
LLNL

From:     usda hotline <usda_hotline@oig.usda.gov>
To:       billnellis@earthlink.net
Subject:  Hotline Complaint
Date:     Apr 21, 2006 2:58 PM

April 21, 2006

Dear Mr. Nellis:

This is to inform you that we have closed the USDA Hotline file, Number PS-0301-1333, that was
opened as a result of your complaint. We forwarded your allegations to the Farm Service Agency
(FSA) for inquiry. We reviewed the response from FSA, which we determined adequately addressed
your allegations. We plan no further action on this matter.

Under the Freedom of Information Act and the Privacy Act, you may request records or portions of
records contained in U.S. Department of Agriculture files. A request should include the Hotline file
number and be addressed to:

> Barbara McLean
> Freedom of Information Act Officer
> Farm Service Agency, USDA
> Ag Stop 0506
> Washington, DC  20250-0506

Sincerely,

The USDA/OIG Hotline

**USDA**

United States
Department of
Agriculture

Office of the
Assistant Secretary
for Civil Rights

Office of
Civil Rights

1400 Independence
Avenue SW

Washington, DC
20250

## DEPARTMENT OF AGRICULTURE
## OFFICE OF CIVIL RIGHTS

### EMPLOYMENT COMPLAINT FINAL AGENCY DECISION

| | |
|---|---|
| **Complainant:** | William L. Nellis |
| **Complaint No.:** | FSA-2005-00156 |
| **Agency:** | Farm Service Agency (FSA) |
| **Issue:** | Constructive Discharge |
| **Basis:** | Mental Disability (Schizophrenia) |

### DECISION

The complaint is dismissed in its entirety pursuant to the Equal Employment Opportunity Commission (EEOC) regulation at 29 C.F.R. §1614.107(a)(2), because the complainant failed to contact an Equal Employment Opportunity (EEO) Counselor in a timely manner. Accordingly, no corrective action or relief of any kind is warranted.

### STATEMENT OF FACTS

The complainant contacted an EEO Counselor on March 9, 2005, and alleged that he was discriminated against on the basis of mental disability (Schizophrenia). Specifically, he alleged that on July 1, 2002, he was given an ultimatum to submit to a medical and psychiatric evaluation without any other alternatives. The complainant also alleged that he was not aware of the consequences of accepting or rejecting the ultimatum. He resigned on July 8, 2002.

Efforts to resolve the complaint failed, and the complainant was issued a Notice of Right to File (NRF) a formal complaint on April 4, 2005. The complainant received the NRF on April 15, 2005, as evidenced by the signed receipt (U.S. Postal Service Certified Return Receipt Article Number 7000 1070 0002 0054 2101). He filed a timely formal complaint of discrimination on April 20, 2005.

### ANALYSIS AND FINDINGS

A key concept in civil rights law is the requirement that a complainant raise concerns about employment actions in a timely manner. This permits the agency to quickly address problems before liabilities accrue, and while investigation of the facts may be accomplished. After the passage of time, documents may be destroyed, witnesses may retire or die, and memories may fade.

The EEOC regulation at 29 C.F.R. §1614.105(a)(1), states that an aggrieved person *must* initiate contact with an EEO Counselor within forty-five (45) days of the date of the matter alleged to be discriminatory, or in the case of a personnel action, within forty-five (45) days of the effective date of the action. Furthermore, 29 C.F.R. §1614.107(a)(2) indicates that an agency *shall* dismiss a complaint or a portion of a complaint that fails to comply with the applicable time limits.

Under 29 C.F.R. §1614.105(a)(2), an agency may extend the forty-five (45) day time limit when the employee shows that he/she was not notified of the time limit, was not otherwise aware of it, or there existed circumstances beyond his/her control that prevented timely contact with an EEO Counselor.

The EEOC has consistently held that a complainant must act with due diligence in the pursuit of his claim or the doctrine of laches may apply. The doctrine of laches is an equitable bar to a cause of action that an individual failed to pursue diligently. The EEOC has determined that a wait of over two years before an individual finally contacted an EEO Counselor gave rise to a defense of laches. See <u>James v. Department of the Navy</u>, EEOC Appeal No. 01A41621 (April 29, 2004).

Prior to July 8, 2002, the complainant alleged that management ordered a medical and psychiatric evaluation of him because management became concerned about his mental stability. On July 8, 2002, he resigned. His wait until March 9, 2005, to contact an EEO Counselor is evidence of a lack of due diligence, and therefore, the doctrine of laches bars his claim. Therefore, this complaint is dismissed due to the complainant's lack of due diligence in pursuing his claim and untimely EEO Counselor contact. Additionally, the complainant has failed to present any adequate justification for extending the time limit beyond the regulatory forty-five (45) days.

## CONCLUSION

For the reasons set forth above, this complaint is dismissed.

This is the final decision of the USDA on the cited complaint. Since this complaint is determined to be a mixed case, the complainant's Appeal Rights to the Merit Systems Protection Board are attached.

JUN 1 0 2005

_____
Sadhna G. True
Director
Office of Civil Rights

_____
Date

Attachment

2

# U.S. DEPARTMENT OF AGRICULTURE
## CIVIL RIGHTS
### Complaint of Employment Discrimination

**Complainant:**       William L. Nellis

**Complaint No:**       FSA-2005-00156

**Agency:**       Farm Service Agency (FSA)

### Certificate of Service

I certify that the documents listed were sent on this date by certified mail (unless otherwise specified) to:

Complainant:

> Mr. William L. Nellis
> 1201 Glen Cove Parkway #303
> Vallejo, California 94591

Complainant's Representative:

> Ms. Barbara Johnson
> Office of Congressman George Miller
> 1333 Willow Pass Road, Suite 203
> Concord, California 94520

Agency Head:

> James R. Little (inter-office mail)
> Administrator, FSA
> Room 3086, South Building

Agency Liaison:

> Johnny Toles (inter-office mail)
> Director, Civil Rights, FSA
> Mail Stop 0509
> 1400 Independence Avenue, S.W.
> Washington, DC 20250

Enclosures: Final Decision dated ___JUN 1 0 2005___
EEOC Form 573 (to the complainant and representative only)

Compl. — ___7003 1680 0004 8481 0082___    Date ___JUN 1 0 2005___

Attorney — ___7002 3150 0001 8829 1193___

# APPEAL RIGHTS

## APPEAL TO THE MERIT SYSTEMS PROTECTION BOARD (MSPB)

A Notice of Appeal may be filed with the MSPB (not the Equal Employment Opportunity Commission (EEOC)) at any time up to thirty (30) calendar days after receipt of this decision. MSPB Form 283, EEOC Notice of Appeal, should be used to indicate what is being appealed. A copy of the form is provided with this decision. Such notice should be mailed to:

Merit Systems Protection Board
Western Regional Office
Suite 400, 4th Floor
250 Montgomery Street
San Francisco, California 94104-3401

If there is an attorney of record, the thirty (30) calendar day time limit within which to appeal shall be calculated from the date of receipt of this decision by the attorney. In all other cases, the thirty (30) calendar day time limit within which to appeal shall be calculated from the date of your receipt of this decision.

An appeal shall be deemed filed on the day it is postmarked, or in the absence of a postmark, on the date it is received by the MSPB.

At the same time information is provided to the MSPB, there **must** be a certification that a copy of the submission **has been** submitted to the Employment Adjudication Division and the date and method of the submission. The address is provided below:

U.S. Department of Agriculture
Employment Adjudication Division
1400 Independence Avenue, S.W. – Mail Stop 9440
Washington, D.C. 20250-9440

## CIVIL ACTION IN FEDERAL DISTRICT COURT

You also have the right to file a civil action in an appropriate U.S. District Court. If you choose to file a civil action, you may do so:

1. within thirty (30) calendar days of receipt of this decision, unless an appeal is filed with the MSPB; or

2. within thirty (30) calendar days of receipt of notice of the final decision or action taken by the MSPB if you do not file a petition for consideration with the EEOC; or

3. within thirty (30) calendar days of receipt of notice that the EEOC has determined not to consider the decision of the MSPB; or

4. within thirty (30) calendar days of receipt of notice that the EEOC concurs with the decision of the MSPB; or

5. within thirty (30) calendar days of receipt of notice that the MSPB concurs in, and adopts in whole, the decision of the EEOC; or

6. if the MSPB does not concur with the decision of the EEOC, and the MSPB reaffirms its initial decision or reaffirms its initial decision with a revision, within thirty (30) calendar days of the receipt of notice of the decision of the Special Panel; or

7. after one hundred and twenty (120) calendar days from the date of filing an appeal with the MSPB if the MSPB has not yet made a decision; or

8. after one hundred and eighty (180) calendar days from the date of filing a petition for reconsideration with the EEOC if there is no decision by the EEOC, reconsideration decision by the MSPB or a decision by the Special Panel.

You must name the person who is the official agency hear or department head as the defendant. Agency or department means the national organization, and not the local office, facility, or department in which you might work. Do not name the agency or department. In your case, you **must name Mike Johanns, Secretary of Agriculture,** as the defendant. You must also state the official title of the agency head or department head. Failure to provide the name or official title of the agency or department head may result in dismissal of your case.

If you decide to file a civil action under Title VII or under the Rehabilitation Act, and if you do not have or cannot afford the services of an attorney, you may request that the Court appoint an attorney to represent you and that the Court permit you to file the action without payment of fees, costs or other security. **The grant or denial of the request is within the sole discretion of the Court.** Filing a request for an attorney does not extend your time in which to file a civil action. Both the request and civil action MUST BE FILED WITHIN THE STATUTORY TIME LIMITS STATED IN THIS NOTICE.

Unless an appeal is filed with the MSPB, failure to file a civil action within thirty (30) calendar days may result in the dismissal of your civil action. Filing a law suit under 29 C.F.R. §1614.310 shall terminate processing an appeal before the MSPB or the EEOC. If a civil action is filed subsequent to filing an appeal with the MSPB, the parties are requested to notify the MSPB in writing. If a civil action is filed subsequent to filing a request for consideration with the EEOC, the parties are requested to notify the EEOC in writing.

OMB NO. 3124-0009



# APPEAL FORM
## INSTRUCTIONS

**GENERAL:** You do not have to use this form to file an appeal with the Board. However, if you do not, your appeal must still comply with the Board's regulations. 5 C.F.R. Parts 1201 and 1209. Your agency's personnel office will give you access to the regulations, and the Board will expect you to be familiar with them. You also should become familiar with the Board's key case law and controlling court decisions as they may affect your case. **You must tell the Board if you are raising an affirmative defense (see Part IV), and you are responsible for proving each defense you raise.**

**WHERE TO FILE AN APPEAL:** You must file your appeal with the Board's regional or field office which has responsibility for the geographic area in which you are employed. See 5 C.F.R. Part 1201, Appendix II.

**WHEN TO FILE AN APPEAL:** Your appeal must be filed during the period beginning with the day after the effective date of the action you are appealing and ending on the 30th day after the effective date. You may not file your appeal before the effective date of the action you are appealing. If you are appealing from a decision which does not set an effective date, you must file within 35 days of the date of the decision you are appealing. If your appeal date your is late, it may be dismissed as untimely. The date of the filing is the appeal is postmarked, the date of the facsimile transmission, the date it is delivered to a commercial overnight delivery service, or the date of receipt if you personally deliver it to the regional or field office.

**HOW TO FILE AN APPEAL:** You may file your appeal by mail, by facsimile, by commercial overnight delivery, or by personal delivery. You must submit two copies of both your appeal and all attachments. You may supplement your response to any question on separate sheets of paper, but if you do, please put your name and address at the top of each additional page. All of your submissions must be legible and on 8 1/2" x 11" paper. **Your appeal must contain your or your representative's signature in block 6. If it does not, your appeal will be rejected and returned to you. If your representative signs block 6, you must sign block 11 or submit a separate written designation of representative.**

**WHISTLEBLOWING APPEAL/STAY REQUEST:** If you believe the action you are appealing was threatened, proposed, taken, or not taken because of whistleblowing activities, you must complete Part VII of this form. If you are requesting a stay, you must complete Part VIII of this form.

---

*Privacy Act Statement: This form requests personal information which is relevant and necessary to reach a decision in your appeal. The U.S. Merit Systems Protection Board collects this information in order to process appeals under its statutory and regulatory authority. Since your appeal is a voluntary action you are not required to provide any personal information in connection with it. However, failure to supply the U.S. Merit Systems Protection Board with all the information essential to reach a decision in your case could result in the rejection of your appeal.*

*The U.S. Merit Systems Protection Board is authorized under provisions of Executive Order 9397, dated November 22, 1943, to request your Social Security number, but providing your Social Security number is voluntary and failure to provide it will not result in the rejection of your appeal. Your Social Security number will only be used for identification purposes in the processing of your appeal.*

*You should know that the decisions of the U.S. Merit Systems Protection Board on appeals are final administrative decisions and, as such, are available to the public under the provisions of the Freedom of Information Act. Additionally, it is possible that information contained in your appeal file may be released as required by the Freedom of Information Act. Some information about your appeal will also be used in depersonalized form as a data base for program statistics.*

*Public Reporting Burden: The public reporting burden for this collection of information is estimated to vary from 20 minutes to 1 hour, with an average of 30 minutes per response, including time for reviewing the form, searching existing data sources, gathering the data necessary, and completing and reviewing the collection of information. Send comments regarding the burden estimate or any other aspect of the collection of information, including suggestions for reducing this burden, to the Office of Planning and Resource Management Services, Merit Systems Protection Board, 1120 Vermont Ave., NW., Washington, DC 20419.*

---

| 1. Name *(last, first, middle initial)* | 2. Social Security Number |
|---|---|

**3. Present address** *(number and street, city, state, and ZIP code)* **You must notify the Board of any change of address or telephone number while the appeal is pending with the MSPB.**

4. Home phone *(include area code)*

5. Office phone *(include area code)*

**6.** I certify that all of the statements made in this appeal are true, complete, and correct to the best of my knowledge and belief.

Signature of appellant or designated representative     Date signed

7. You may represent yourself in this appeal, or you may choose someone to represent you. Your representative does not have to be an attorney. You may change your designation of a representative at a later date, if you so desire, but **you must notify the Board promptly of any change**. Where circumstances require, a separate designation of representative may be submitted after the original filing. Include the information requested in blocks 7 through 11.

"I hereby designate _____ to serve as my representative during the course of this appeal. I understand that my representative is authorized to act on my behalf. In addition, I specifically delegate to my representative the authority to settle this appeal on my behalf. I understand that any limitation on this settlement authority must be filed in writing with the Board."

| 8. Representative's address *(number and street, city, state, and ZIP code)*. | 9. Representative's employer |
| | 10.a) Representative's telephone number *(include area code)* |
| | 10.b) Representative's facsimile number |
| | 11. Appellant's signature          Date |

12. Briefly describe the **agency action you wish to appeal and attach the proposal letter and decision letter**. If you are appealing a decision relating to the denial of retirement benefits, attach a copy of OPM's **reconsideration decision**. If the relevant SF-50 or its equivalent is available, send it now; however, do NOT delay filing your appeal because of it. You may submit the SF-50 when it becomes available. Later in the proceeding, you will be afforded an opportunity to submit detailed evidence in support of your appeal.

| 13. Name and address of the agency that took the action you are appealing *(including bureau or other divisions, as well as street address, city, state and ZIP code)* | 14. Your position title and duty station at the time of the action appealed |

| 15. Grade at time of the action appealed | 16. Salary at the time of the action appealed<br><br>$ _____ . _____   per _____ | 17. Are you a veteran and/or entitled to the employment rights of a veteran?<br><br>☐ Yes      ☐ No |
| 18. Employment status at the time of the action appealed<br><br>☐ Temporary   ☐ Applicant   ☐ Retired<br><br>☐ Permanent   ☐ Term   ☐ Seasonal | 19. If retired, date of retirement *(month, day, year)* | 20. Type of service<br>☐ Competitive   ☐ SES<br>☐ Excepted   ☐ Postal Service<br>☐ Foreign Service |
| 21. Length of government service | 22. Length of service with acting agency | 23. Were you serving a probationary or trial period at the time of the action appealed?<br><br>☐ Yes      ☐ No |
| 24. Date you received written notice of the proposed action *(month, day, year)* (attach a copy) | 25. Date you received the final decision notice *(month, day, year) (attach a copy)* | 26. Effective date of the action appealed *(month, day, year)* |

27. Explain briefly why you think the agency was wrong in taking this action.

| 28. Do you believe the penalty imposed by the agency was too harsh? | 29. What action would you like the Board to take on this case (i.e., what remedy are you asking for)? |
|---|---|
| ☐ *Yes*  ☐ *No* | |

| 30.a) Do you believe the agency committed harmful procedural error(s)? | 30.b) If so, what is (are) the error(s)? |
|---|---|
| ☐ *Yes*  ☐ *No* | |

30.c) Explain how you were harmed by the error(s).

| 31.a) Do you believe that the action you are appealing violated the law? | 31.b) If so, what law? |
|---|---|
| ☐ *Yes*  ☐ *No* | |

31.c) How was it violated?

32.a) If you believe you were discriminated against by the agency, **in connection with the matter appealed**, because of your race, color, religion, sex, national origin, marital status, political affiliation, disability, or age, indicate so and explain why you believe it to be true.

32.b) Have you filed a **formal** discrimination complaint with your agency or any other agency concerning the matter which you are seeking to appeal?            ☐ *Yes (attach a copy)*      ☐ *No*

| 32.c) If yes, place filed *(agency, number and street, city, state, and ZIP code)* | 32.d) Date filed *(month, day, year)* |
|---|---|
| | 32.e) Has a decision been issued?  ☐ *Yes (attach a copy)*      ☐ *No* |

33.a) Have you, or anyone in your behalf, filed a formal grievance with your agency concerning this matter, under a negotiated grievance procedure provided by a collective bargaining agreement?

☐ *Yes* *(attach a copy)*    ☐ *No*

33.b) Date filed *(month, day, year)*

33.c) If yes, place filed *(agency, number and street, city, state, and ZIP code)*

33.d) Has a decision been issued?

☐ *Yes* *(attach a copy)*    ☐ *No*

33.e) If yes, date issued *(month, day, year)*

34. You may have a right to a hearing on this appeal. If you do not want a hearing, the Board will make its decision on the basis of the documents you and the agency submit, after providing you and the agency with an opportunity to submit additional documents.

**Do you want a hearing?**    ☐ *Yes*    ☐ *No*

If you choose to have a hearing, the Board will notify you where and when it is to be held.

**INSTRUCTIONS**

**Fill out this part only if you are appealing from a Reduction in Force.**    Your agency's personnel office can furnish you with most of the information requested below.

35. Retention group and sub-group

36. Service computation date

37.a) Has your agency offered you another position rather than separating you?

☐ *Yes*    ☐ *No*

37.b) Title of position offered

37.c) Grade of position offered

37.d) Salary of position offered

$    per

37.e) Location of position offered

37.f) Did you accept this position?

☐ *Yes*    ☐ *No*

38. Explain why you think you should not have been affected by the Reduction In Force. *(Explanations could include: you were placed in the wrong retention group or sub-group; an error was made in the computation of your service computation date; competitive area was too narrow; improperly reached for separation from competitive level; an exception was made to the regular order of selection; the required number of days notice was not given; you believe you have assignment [bump or retreat] rights; or any other reasons. Please provide as much information as possible regarding each reason.)*

**INSTRUCTIONS**

**Complete Parts VII and VIII of this form only if you believe the action you are appealing is based on whistleblowing activities.**

| 39.a) Have you disclosed information that evidences a violation of any law, rule, or regulation; gross mismanagement; a gross waste of funds; an abuse of authority; or a substantial and specific danger to public health or safety?<br><br>☐ *Yes  (attach a copy or summary of disclosure)*  ☐ *No* | 39.b) If yes, provide the name, title, and office address of the person to whom the disclosure was made |
|---|---|

39.c) Date the disclosure was made *(month, day, year)*

40. If you believe the action you are appealing was... *(please check appropriate box)*

    ☐ *Threatened*      ☐ *Proposed*

    ☐ *Taken*      ☐ *Not Taken*

...because of a disclosure evidencing a violation of any law, rule, or regulation; gross mismanagement; a gross waste of funds; an abuse of authority; or a substantial and specific danger to public health or safety, provide:

a) a chronology of facts concerning the action appealed; and

b) explain why you believe the action was based on whistleblowing activity and attach a copy of any documentary evidence which supports your statement.



**United States Department of Agriculture**

Farm and Foreign Agricultural Service

Farm Service Agency

1400 Independence Ave, SW
Stop 0591
Washington, DC
20250-0591

**SEND BY CERTIFIED MAIL, RETURN RECEIPT REQUESTED, WITH A COPY SENT BY REGULAR MAIL**

Mr. William Nellis
1201 Glen Cove Parkway #303
Vallejo, California 94591

SEP 0 7 2004

Dear Mr. Nellis:

This is in reference to your September 1, 2004, voicemail message to Ms. Chris Jones, Human Resources Specialist. Among other things, you state in your message, words to the effect, that you were "pressured" to resign in 2002 from your position with the Farm Service Agency. Further, you state that you would like to have the circumstances of your resignation reopened and to be compensated for financial losses.

In the enclosed letter dated July 2, 2002, sent to you by overnight FedEx mail, Ms. Lacy Muir, Employee Relations Specialist, notified you of the following:

> If you feel that your resignation was not voluntary, you have the right to appeal it to the Merit System Protection Board (MSPB). In order for your appeal to be considered by MSPB, it must be submitted to MSPB, Washington, D.C. Regional Office, 5203 Leesburg Pike, Suite 1109, Falls Church, VA 22041-3473, no later than 30 days after the effective date of your resignation. For additional requirements, see 5 CFR S1201.21 through S1201.24 of the enclosed MSPB regulations.

Since you failed to file a timely MSPB appeal based the claim that your resignation was not voluntary, the timeframe for requesting a review of the circumstances leading up to your resignation has elapsed. If you would like to review MSPB regulations, you may access them at:

http://www.mspb.gov/aboutus/title5cfr/title5cfr.html

Questions concerning this letter may be directed to Ms. Jones at (202) 418-8991.

Sincerely,

Mr. Peter C. Sleight
Chief
Employee & Labor Relations Branch

Enclosure



**United States
Department of
Agriculture**

Farm and Foreign
Agricultural
Service

Farm Service
Agency

1400 Independence
Ave, SW
Stop 0591
Washington, DC
20250-0591

APR 1 1 2005

Mr. Bill Nellis
1201 Glen Cove Parkway # 303
Vallejo, California  94591

Dear Mr. Nellis:

I have been asked to respond for the Administrator to your letter dated  March 7, 2005.
Thank you for sharing both the information contained in the letter as well as your
concerns.  The Agency will give all due consideration to these matters and take such
actions as may be appropriate.

Sincerely,

John W. Williams
Deputy Administrator for
Management



United States
Department of
Agriculture

Farm and Foreign
Agricultural
Services

Farm Service
Agency

Office of External
Affairs

Freedom of
Information &
Privacy Act
(FOIA/PA) Unit

1400 Independence
Avenue, SW
Stop 0506
Room 3621-S
Washington, DC
20250-0506

FSA FOIA/PA 2005-0042

DEC 10 2004

Mr. Bill Nellis
P.O. Box 1541
Benicia, California 94510

Dear Mr. Nellis:

This responds to your Freedom of Information Act/Privacy Act (FOIA/PA) request dated November 14, 2004, to the United States Department of Agriculture (USDA), Farm Service Agency (FSA). The FSA FOIA/PA Office received a copy of your request on November 23, 2004.

You requested information concerning Ted MacLaughlin.

Your request is being forwarded to the USDA, Human Resources Division (HRD). The address at which to contact that office is:

    United States Department of Agriculture
    Human Resources Division
    Attn: Monica Frye
    1400 Independence Avenue, SW, Ag Stop 0598
    Washington, DC 20250-0598
    (202) 418-8962 Phone
    (202) 418-9131 Fax

We have sent your request to that office for consideration and direct response to you. Any further inquiries should be sent to the person listed above.

Sincerely,

J. Burton Eller
Director
Office of External Affairs

THE WHITE HOUSE

WASHINGTON

September 9, 2004

Mr. Bill Nellis
1201 Glen Cove Parkway, Apartment 303
Vallejo, California  94591-7173

Dear Mr. Nellis:

On behalf of President Bush, thank you for your letter about the important issue of mental health care. We appreciate your views and welcome your suggestions.

Millions of Americans suffer from mental illnesses that impair their ability to function at home, work, or school.  President Bush is concerned about these citizens and is taking action to help ensure that they receive the care they need to live, work, learn, and participate fully in their communities.  To achieve these goals, the President believes we must overcome three obstacles that prevent Americans from getting the care they deserve.

First, President Bush is committed to raising our Nation's awareness about mental illness.  He is seeking to eliminate the stigma that often surrounds it, which can lead to isolation and discourage people from seeking the treatment they need, so that every American understands that mental illness is treatable, especially when treatment comes early.

Second, the President seeks to ensure that health plans do not apply limits on the treatment of mental illness that are more restrictive than those applied to medical and surgical coverage.  He will work with the Congress to reach agreement on Federal mental health parity legislation that can be passed and signed into law to prevent disparities in insurance coverage of mental illnesses.

A third obstacle to quality care is the fragmented and confusing mental health service delivery system which allows too many individuals to fall through the cracks.  To address these complex issues, President Bush established the President's New Freedom Commission on Mental Health on April 29, 2002.  The Commission issued its final report, "Achieving the Promise:  Transforming Mental Health Care in America," on July 22, 2003.  This document offers recommendations for transforming our Nation's approach to mental health care from one that simply manages symptoms and accepts long-term disability, to one in which treatment and supportive services actively facilitate recovery.

2

The Department of Health and Human Services is reviewing these recommendations to determine how they can best be applied to fulfilling the President's commitment that all Americans with mental illness receive the care they need.

Thank you again for taking the time to write. Best wishes.

Sincerely,

Heidi Marquez
Special Assistant to the President
and Director of Presidential Correspondence

President's New Freedom Commission on Mental Health



# PRESIDENT'S NEW FREEDOM COMMISSION ON MENTAL HEALTH

www.MentalHealthCommission.gov

**Final Report to the President Now Available**

President George W. Bush established the President's New Freedom Commission on Mental Health in April 2002 as part of his commitment to eliminate inequality for Americans with disabilities. The President directed the Commission to identify policies that could be implemented by Federal, State and local governments to maximize the utility of existing resources, improve coordination of treatments and services, and promote successful community integration for adults with a serious mental illness and children with a serious emotional disturbance.

From June 2002 to April 2003, the 22 Commissioners met monthly to analyze the public and private mental health systems, visit innovative model programs across the country and hear testimony from the systems' many stakeholders, including dozens of consumers of mental health care, families, advocates, public and private providers and administrators and mental health researchers. The Commission received feedback, comments and suggestions from nearly 2,500 people from all 50 states via personal testimony, letters, emails and a comment section on this website. In addition to public comment, the Commission consulted with nationally recognized professionals with expertise in diverse areas of mental health policy. The Commission established 15 subcommittees to examine specific aspects of mental health services and offer recommendations for improvement. The Commissioner page contains the Commission's Membership Roster and the Subcommittee page displays the separate subcommittees and their report summaries.

The Commission will submit the final report to the President in May 2003, and the White House will, in turn, release the report soon thereafter. Once released, you will be able to access the final report on the "Reports" page of this website. The Commission wishes to thank all those who participated in this critical and historic effort. The final report to the President offers a vision of hope and recovery for people with a serious mental illness and their families.



PRESIDENT'S NEW FREEDOM
COMMISSION ON MENTAL HEALTH

www.MentalHealthCommission.gov



**TOPICS**

Background
Commissioners
Contact Us
Executive Order
FAQs
Meeting Minutes
Mission
Presentations
President's Remarks
Press Releases
Reports
Subcommittees
en Español
中文
한국어 Mac

**Korean Version**

한국어로

http://www.mentalhealthcommission.gov/

President's New Freedom Commission on Mental Health

Mental Health Resources / Home / FAQs / Privacy / Accessibility

This page was last updated on December 26, 2002

# THE U.S. NATIONAL ARCHIVES & RECORDS ADMINISTRATION

www.archives.gov

May 3, 2006

## The Bill of Rights: A Transcription

**Note**: The following text is a transcription of the first ten amendments to the Constitution in their original form. These amendments were ratified December 15, 1791, and form what is known as the "Bill of Rights."

## Amendment I

Congress shall make no law respecting an establishment of religion, or prohibiting the free exercise thereof; or abridging the freedom of speech, or of the press; or the right of the people peaceably to assemble, and to petition the Government for a redress of grievances.

## Amendment II

A well regulated Militia, being necessary to the security of a free State, the right of the people to keep and bear Arms, shall not be infringed.

## Amendment III

No Soldier shall, in time of peace be quartered in any house, without the consent of the Owner, nor in time of war, but in a manner to be prescribed by law.

## Amendment IV

The right of the people to be secure in their persons, houses, papers, and effects, against unreasonable searches and seizures, shall not be violated, and no Warrants shall issue, but upon probable cause, supported by Oath or affirmation, and particularly describing the place to be searched, and the persons or things to be seized.

## Amendment V

No person shall be held to answer for a capital, or otherwise infamous crime, unless on a presentment or indictment of a Grand Jury, except in cases arising in the land or naval forces, or in the Militia, when in actual service in time of War or public danger; nor shall any person be subject for the same offence to be twice put in jeopardy of life or limb; nor shall be compelled in any criminal case to be a witness against himself, nor be deprived of life, liberty, or property, without due process of law; nor shall private property be taken for public use, without just compensation.

## Amendment VI

In all criminal prosecutions, the accused shall enjoy the right to a speedy and public trial, by an impartial jury of the State and district wherein the crime shall have been committed, which district shall have been previously ascertained by law, and to be informed of the nature and cause of the accusation; to be confronted with the witnesses against him; to have compulsory process for obtaining witnesses in his favor, and to have the

Assistance of Counsel for his defence.

## Amendment VII

In Suits at common law, where the value in controversy shall exceed twenty dollars, the right of trial by jury shall be preserved, and no fact tried by a jury, shall be otherwise re-examined in any Court of the United States, than according to the rules of the common law.

## Amendment VIII

Excessive bail shall not be required, nor excessive fines imposed, nor cruel and unusual punishments inflicted.

## Amendment IX

The enumeration in the Constitution, of certain rights, shall not be construed to deny or disparage others retained by the people.

## Amendment X

The powers not delegated to the United States by the Constitution, nor prohibited by it to the States, are reserved to the States respectively, or to the people.

### Amendments 11-27

**Note:** The capitalization and punctuation in this version is from the enrolled original of the Joint Resolution of Congress proposing the Bill of Rights, which is on permanent display in the Rotunda of the National Archives Building, Washington, D.C.

**Page URL:** http://www.archives.gov/national-archives-experience/charters/
bill_of_rights_transcript.html

**U.S. National Archives & Records Administration**
8601 Adelphi Road, College Park, MD, 20740-6001, • 1-86-NARA-NARA • 1-866-272-6272

## THE U.S. NATIONAL ARCHIVES & RECORDS ADMINISTRATION

www.archives.gov

May 21, 2006

### The Constitution: Amendments 11-27

Constitutional Amendments 1-10 make up what is known as The Bill of Rights.
Amendments 11-27 are listed below.

## AMENDMENT XI

*Passed by Congress March 4, 1794. Ratified February 7, 1795.*

**Note**: Article III, section 2, of the Constitution was modified by amendment 11.

The Judicial power of the United States shall not be construed to extend to any suit in law or equity, commenced or prosecuted against one of the United States by Citizens of another State, or by Citizens or Subjects of any Foreign State.

## AMENDMENT XII

*Passed by Congress December 9, 1803. Ratified June 15, 1804.*

**Note**: A portion of Article II, section 1 of the Constitution was superseded by the 12th amendment.

The Electors shall meet in their respective states and vote by ballot for President and Vice-President, one of whom, at least, shall not be an inhabitant of the same state with themselves; they shall name in their ballots the person voted for as President, and in distinct ballots the person voted for as Vice-President, and they shall make distinct lists of all persons voted for as President, and of all persons voted for as Vice-President, and of the number of votes for each, which lists they shall sign and certify, and transmit sealed to the seat of the government of the United States, directed to the President of the Senate; -- the President of the Senate shall, in the presence of the Senate and House of Representatives, open all the certificates and the votes shall then be counted; -- The person having the greatest number of votes for President, shall be the President, if such number be a majority of the whole number of Electors appointed; and if no person have such majority, then from the persons having the highest numbers not exceeding three on the list of those voted for as President, the House of Representatives shall choose immediately, by ballot, the President. But in choosing the President, the votes shall be taken by states, the representation from each state having one vote; a quorum for this purpose shall consist of a member or members from two-thirds of the states, and a majority of all the states shall be necessary to a choice. [And if the House of Representatives shall not choose a President whenever the right of choice shall devolve upon them, before the fourth day of March next following, then the Vice-President shall act as President, as in case of the death or other constitutional disability of the President. --]* The person having the greatest number of votes as Vice-President, shall be the Vice-President, if such number be a majority of the whole number of Electors appointed, and if no person have a majority, then from the two highest numbers on the list, the Senate shall choose the Vice-President; a quorum for the purpose shall consist of two-thirds of the whole number of Senators, and a majority of the whole number shall be necessary to a choice. But no person constitutionally ineligible to the office of President shall be eligible to that of Vice-President of the United States.

*Superseded by section 3 of the 20th amendment.

## AMENDMENT XIII

*Passed by Congress January 31, 1865. Ratified December 6, 1865.*

**Note**: A portion of Article IV, section 2, of the Constitution was superseded by the 13th amendment.

**Section 1.**
Neither slavery nor involuntary servitude, except as a punishment for crime whereof the party shall have been duly convicted, shall exist within the United States, or any place subject to their jurisdiction.

**Section 2.**
Congress shall have power to enforce this article by appropriate legislation.

---

## AMENDMENT XIV

*Passed by Congress June 13, 1866. Ratified July 9, 1868.*

**Note:** Article I, section 2, of the Constitution was modified by section 2 of the 14th amendment.

**Section 1.**
All persons born or naturalized in the United States, and subject to the jurisdiction thereof, are citizens of the United States and of the State wherein they reside. No State shall make or enforce any law which shall abridge the privileges or immunities of citizens of the United States; nor shall any State deprive any person of life, liberty, or property, without due process of law; nor deny to any person within its jurisdiction the equal protection of the laws.

**Section 2.**
Representatives shall be apportioned among the several States according to their respective numbers, counting the whole number of persons in each State, excluding Indians not taxed. But when the right to vote at any election for the choice of electors for President and Vice-President of the United States, Representatives in Congress, the Executive and Judicial officers of a State, or the members of the Legislature thereof, is denied to any of the male inhabitants of such State, being twenty-one years of age,* and citizens of the United States, or in any way abridged, except for participation in rebellion, or other crime, the basis of representation therein shall be reduced in the proportion which the number of such male citizens shall bear to the whole number of male citizens twenty-one years of age in such State.

**Section 3.**
No person shall be a Senator or Representative in Congress, or elector of President and Vice-President, or hold any office, civil or military, under the United States, or under any State, who, having previously taken an oath, as a member of Congress, or as an officer of the United States, or as a member of any State legislature, or as an executive or judicial officer of any State, to support the Constitution of the United States, shall have engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof. But Congress may by a vote of two-thirds of each House, remove such disability.

**Section 4.**
The validity of the public debt of the United States, authorized by law, including debts incurred for payment of pensions and bounties for services in suppressing insurrection or rebellion, shall not be questioned. But neither the United States nor any State shall assume or pay any debt or obligation incurred in aid of insurrection or rebellion against the United States, or any claim for the loss or emancipation of any slave; but all such debts, obligations and claims shall be held illegal and void.

**Section 5.**
The Congress shall have the power to enforce, by appropriate legislation, the provisions of this article.

*\*Changed by section 1 of the 26th amendment.*

---

## AMENDMENT XV

*Passed by Congress February 26, 1869. Ratified February 3, 1870.*

**Section 1.**
The right of citizens of the United States to vote shall not be denied or abridged by the United States or by any State on account of race, color, or previous condition of servitude–

Case 1:06-cv-01704-CKK     Document 1-3     Filed 10/02/2006     Page 46 of 80

**Section 2.**
The Congress shall have the power to enforce this article by appropriate legislation.

## AMENDMENT XVI

*Passed by Congress July 2, 1909. Ratified February 3, 1913.*

**Note**: Article I, section 9, of the Constitution was modified by amendment 16.

The Congress shall have power to lay and collect taxes on incomes, from whatever source derived, without apportionment among the several States, and without regard to any census or enumeration.

## AMENDMENT XVII

*Passed by Congress May 13, 1912. Ratified April 8, 1913.*

**Note**: Article I, section 3, of the Constitution was modified by the 17th amendment.

The Senate of the United States shall be composed of two Senators from each State, elected by the people thereof, for six years; and each Senator shall have one vote. The electors in each State shall have the qualifications requisite for electors of the most numerous branch of the State legislatures.

When vacancies happen in the representation of any State in the Senate, the executive authority of such State shall issue writs of election to fill such vacancies: *Provided*, That the legislature of any State may empower the executive thereof to make temporary appointments until the people fill the vacancies by election as the legislature may direct.

This amendment shall not be so construed as to affect the election or term of any Senator chosen before it becomes valid as part of the Constitution.

## AMENDMENT XVIII

*Passed by Congress December 18, 1917. Ratified January 16, 1919. Repealed by amendment 21.*

**Section 1.**
After one year from the ratification of this article the manufacture, sale, or transportation of intoxicating liquors within, the importation thereof into, or the exportation thereof from the United States and all territory subject to the jurisdiction thereof for beverage purposes is hereby prohibited.

**Section 2.**
The Congress and the several States shall have concurrent power to enforce this article by appropriate legislation.

**Section 3.**
This article shall be inoperative unless it shall have been ratified as an amendment to the Constitution by the legislatures of the several States, as provided in the Constitution, within seven years from the date of the submission hereof to the States by the Congress.

## AMENDMENT XIX

*Passed by Congress June 4, 1919. Ratified August 18, 1920.*

The right of citizens of the United States to vote shall not be denied or abridged by the United States or by any State on account of sex.

Congress shall have power to enforce this article by appropriate legislation.

---

## AMENDMENT XX

*Passed by Congress March 2, 1932. Ratified January 23, 1933.*

**Note**: Article I, section 4, of the Constitution was modified by section 2 of this amendment. In addition, a portion of the 12th amendment was superseded by section 3.

### Section 1.
The terms of the President and the Vice President shall end at noon on the 20th day of January, and the terms of Senators and Representatives at noon on the 3d day of January, of the years in which such terms would have ended if this article had not been ratified; and the terms of their successors shall then begin.

### Section 2.
The Congress shall assemble at least once in every year, and such meeting shall begin at noon on the 3d day of January, unless they shall by law appoint a different day.

### Section 3.
If, at the time fixed for the beginning of the term of the President, the President elect shall have died, the Vice President elect shall become President. If a President shall not have been chosen before the time fixed for the beginning of his term, or if the President elect shall have failed to qualify, then the Vice President elect shall act as President until a President shall have qualified; and the Congress may by law provide for the case wherein neither a President elect nor a Vice President shall have qualified, declaring who shall then act as President, or the manner in which one who is to act shall be selected, and such person shall act accordingly until a President or Vice President shall have qualified.

### Section 4.
The Congress may by law provide for the case of the death of any of the persons from whom the House of Representatives may choose a President whenever the right of choice shall have devolved upon them, and for the case of the death of any of the persons from whom the Senate may choose a Vice President whenever the right of choice shall have devolved upon them.

### Section 5.
Sections 1 and 2 shall take effect on the 15th day of October following the ratification of this article.

### Section 6.
This article shall be inoperative unless it shall have been ratified as an amendment to the Constitution by the legislatures of three-fourths of the several States within seven years from the date of its submission.

---

## AMENDMENT XXI

*Passed by Congress February 20, 1933. Ratified December 5, 1933.*

### Section 1.
The eighteenth article of amendment to the Constitution of the United States is hereby repealed.

### Section 2.
The transportation or importation into any State, Territory, or Possession of the United States for delivery or use therein of intoxicating liquors, in violation of the laws thereof, is hereby prohibited.

**Section 3.**
This article shall be inoperative unless it shall have been ratified as an amendment to the Constitution by conventions in the several States, as provided in the Constitution, within seven years from the date of the submission hereof to the States by the Congress.

---

## AMENDMENT XXII

*Passed by Congress March 21, 1947. Ratified February 27, 1951.*

**Section 1.**
No person shall be elected to the office of the President more than twice, and no person who has held the office of President, or acted as President, for more than two years of a term to which some other person was elected President shall be elected to the office of President more than once. But this Article shall not apply to any person holding the office of President when this Article was proposed by Congress, and shall not prevent any person who may be holding the office of President, or acting as President, during the term within which this Article becomes operative from holding the office of President or acting as President during the remainder of such term.

**Section 2.**
This article shall be inoperative unless it shall have been ratified as an amendment to the Constitution by the legislatures of three-fourths of the several States within seven years from the date of its submission to the States by the Congress.

---

## AMENDMENT XXIII

*Passed by Congress June 16, 1960. Ratified March 29, 1961.*

**Section 1.**
The District constituting the seat of Government of the United States shall appoint in such manner as Congress may direct:

A number of electors of President and Vice President equal to the whole number of Senators and Representatives in Congress to which the District would be entitled if it were a State, but in no event more than the least populous State; they shall be in addition to those appointed by the States, but they shall be considered, for the purposes of the election of President and Vice President, to be electors appointed by a State; and they shall meet in the District and perform such duties as provided by the twelfth article of amendment.

**Section 2.**
The Congress shall have power to enforce this article by appropriate legislation.

---

## AMENDMENT XXIV

*Passed by Congress August 27, 1962. Ratified January 23, 1964.*

**Section 1.**
The right of citizens of the United States to vote in any primary or other election for President or Vice President, for electors for President or Vice President, or for Senator or Representative in Congress, shall not be denied or abridged by the United States or any State by reason of failure to pay poll tax or other tax.

**Section 2.**
The Congress shall have power to enforce this article by appropriate legislation.

---

## AMENDMENT XXV

*Passed by Congress July 6, 1965. Ratified February 10, 1967.*

**Note**: Article II, section 1, of the Constitution was affected by the 25th amendment.

**Section 1.**
In case of the removal of the President from office or of his death or resignation, the Vice President shall become President.

**Section 2.**
Whenever there is a vacancy in the office of the Vice President, the President shall nominate a Vice President who shall take office upon confirmation by a majority vote of both Houses of Congress.

**Section 3.**
Whenever the President transmits to the President pro tempore of the Senate and the Speaker of the House of Representatives his written declaration that he is unable to discharge the powers and duties of his office, and until he transmits to them a written declaration to the contrary, such powers and duties shall be discharged by the Vice President as Acting President.

**Section 4.**
Whenever the Vice President and a majority of either the principal officers of the executive departments or of such other body as Congress may by law provide, transmit to the President pro tempore of the Senate and the Speaker of the House of Representatives their written declaration that the President is unable to discharge the powers and duties of his office, the Vice President shall immediately assume the powers and duties of the office as Acting President.

Thereafter, when the President transmits to the President pro tempore of the Senate and the Speaker of the House of Representatives his written declaration that no inability exists, he shall resume the powers and duties of his office unless the Vice President and a majority of either the principal officers of the executive department or of such other body as Congress may by law provide, transmit within four days to the President pro tempore of the Senate and the Speaker of the House of Representatives their written declaration that the President is unable to discharge the powers and duties of his office. Thereupon Congress shall decide the issue, assembling within forty-eight hours for that purpose if not in session. If the Congress, within twenty-one days after receipt of the latter written declaration, or, if Congress is not in session, within twenty-one days after Congress is required to assemble, determines by two-thirds vote of both Houses that the President is unable to discharge the powers and duties of his office, the Vice President shall continue to discharge the same as Acting President; otherwise, the President shall resume the powers and duties of his office.

## AMENDMENT XXVI

*Passed by Congress March 23, 1971. Ratified July 1, 1971.*

**Note**: Amendment 14, section 2, of the Constitution was modified by section 1 of the 26th amendment.

**Section 1.**
The right of citizens of the United States, who are eighteen years of age or older, to vote shall not be denied or abridged by the United States or by any State on account of age.

**Section 2.**
The Congress shall have power to enforce this article by appropriate legislation.

## AMENDMENT XXVII

*Originally proposed Sept. 25, 1789. Ratified May 7, 1992.*

Case 1:06-cv-01704-CKK     Document 1-3     Filed 10/02/2006     Page 50 of 80

No law, varying the compensation for the services of the Senators and Representatives, shall take effect, until an election of representatives shall have intervened.

Page URL: http://www.archives.gov/national-archives-experience/charters/
          constitution_amendments_11-27.html

U.S. National Archives & Records Administration
8601 Adelphi Road, College Park, MD, 20740-6001, • 1-86-NARA-NARA • 1-866-272-6272

# THE U.S. NATIONAL ARCHIVES & RECORDS ADMINISTRATION

www.archives.gov

May 22, 2006

## The Constitution of the United States: A Transcription

**Note:** *The following text is a transcription of the Constitution in its **original form**. Items that are hyperlinked have since been amended or superseded.*

**We the People** of the United States, in Order to form a more perfect Union, establish Justice, insure domestic Tranquility, provide for the common defence, promote the general Welfare, and secure the Blessings of Liberty to ourselves and our Posterity, do ordain and establish this Constitution for the United States of America.

### Article. I.

#### Section. 1.

All legislative Powers herein granted shall be vested in a Congress of the United States, which shall consist of a Senate and House of Representatives.

#### Section. 2.

The House of Representatives shall be composed of Members chosen every second Year by the People of the several States, and the Electors in each State shall have the Qualifications requisite for Electors of the most numerous Branch of the State Legislature.

No Person shall be a Representative who shall not have attained to the Age of twenty five Years, and been seven Years a Citizen of the United States, and who shall not, when elected, be an Inhabitant of that State in which he shall be chosen.

Representatives and direct Taxes shall be apportioned among the several States which may be included within this Union, according to their respective Numbers, which shall be determined by adding to the whole Number of free Persons, including those bound to Service for a Term of Years, and excluding Indians not taxed, three fifths of all other Persons. The actual Enumeration shall be made within three Years after the first Meeting of the Congress of the United States, and within every subsequent Term of ten Years, in such Manner as they shall by Law direct. The Number of Representatives shall not exceed one for every thirty Thousand, but each State shall have at Least one Representative; and until such enumeration shall be made, the State of New Hampshire shall be entitled to chuse three, Massachusetts eight, Rhode-Island and Providence Plantations one, Connecticut five, New-York six, New Jersey four, Pennsylvania eight, Delaware one, Maryland six, Virginia ten, North Carolina five, South Carolina five, and Georgia three.

When vacancies happen in the Representation from any State, the Executive Authority thereof shall issue Writs of Election to fill such Vacancies.

The House of Representatives shall chuse their Speaker and other Officers; and shall have the sole Power of Impeachment.

#### Section. 3.

The Senate of the United States shall be composed of two Senators from each State, chosen by the Legislature thereof for six Years; and each Senator shall have one Vote.

Immediately after they shall be assembled in Consequence of the first Election, they shall be divided as equally as may be into three Classes. The Seats of the Senators of the first Class shall be vacated at the Expiration of the second Year, of the second Class at the Expiration of the fourth Year, and of the third Class at the Expiration of the sixth Year, so that one third may be chosen every second Year; and if Vacancies happen by Resignation, or otherwise, during the Recess of the Legislature of any State, the Executive thereof may make temporary

Case 1:06-cv-01704-CKK    Document 1-3    Filed 10/02/2006    Page 52 of 80

Appointments until the next Meeting of the Legislature, which shall then fill such Vacancies.

No Person shall be a Senator who shall not have attained to the Age of thirty Years, and been nine Years a Citizen of the United States, and who shall not, when elected, be an Inhabitant of that State for which he shall be chosen.

The Vice President of the United States shall be President of the Senate, but shall have no Vote, unless they be equally divided.

The Senate shall chuse their other Officers, and also a President pro tempore, in the Absence of the Vice President, or when he shall exercise the Office of President of the United States.

The Senate shall have the sole Power to try all Impeachments. When sitting for that Purpose, they shall be on Oath or Affirmation. When the President of the United States is tried, the Chief Justice shall preside: And no Person shall be convicted without the Concurrence of two thirds of the Members present.

Judgment in Cases of Impeachment shall not extend further than to removal from Office, and disqualification to hold and enjoy any Office of honor, Trust or Profit under the United States: but the Party convicted shall nevertheless be liable and subject to Indictment, Trial, Judgment and Punishment, according to Law.

**Section. 4.**

The Times, Places and Manner of holding Elections for Senators and Representatives, shall be prescribed in each State by the Legislature thereof; but the Congress may at any time by Law make or alter such Regulations, except as to the Places of chusing Senators.

The Congress shall assemble at least once in every Year, and such Meeting shall be on the first Monday in December, unless they shall by Law appoint a different Day.

**Section. 5.**

Each House shall be the Judge of the Elections, Returns and Qualifications of its own Members, and a Majority of each shall constitute a Quorum to do Business; but a smaller Number may adjourn from day to day, and may be authorized to compel the Attendance of absent Members, in such Manner, and under such Penalties as each House may provide.

Each House may determine the Rules of its Proceedings, punish its Members for disorderly Behaviour, and, with the Concurrence of two thirds, expel a Member.

Each House shall keep a Journal of its Proceedings, and from time to time publish the same, excepting such Parts as may in their Judgment require Secrecy; and the Yeas and Nays of the Members of either House on any question shall, at the Desire of one fifth of those Present, be entered on the Journal.

Neither House, during the Session of Congress, shall, without the Consent of the other, adjourn for more than three days, nor to any other Place than that in which the two Houses shall be sitting.

**Section. 6.**

The Senators and Representatives shall receive a Compensation for their Services, to be ascertained by Law, and paid out of the Treasury of the United States. They shall in all Cases, except Treason, Felony and Breach of the Peace, be privileged from Arrest during their Attendance at the Session of their respective Houses, and in going to and returning from the same; and for any Speech or Debate in either House, they shall not be questioned in any other Place.

No Senator or Representative shall, during the Time for which he was elected, be appointed to any civil Office under the Authority of the United States, which shall have been created, or the Emoluments whereof shall have been encreased during such time; and no Person holding any Office under the United States, shall be a Member of either House during his Continuance in Office.

**Section. 7.**



All Bills for raising Revenue shall originate in the House of Representatives; but the Senate may propose or concur with Amendments as on other Bills.

Every Bill which shall have passed the House of Representatives and the Senate, shall, before it become a Law, be presented to the President of the United States: If he approve he shall sign it, but if not he shall return it, with his Objections to that House in which it shall have originated, who shall enter the Objections at large on their Journal, and proceed to reconsider it. If after such Reconsideration two thirds of that House shall agree to pass the Bill, it shall be sent, together with the Objections, to the other House, by which it shall likewise be reconsidered, and if approved by two thirds of that House, it shall become a Law. But in all such Cases the Votes of both Houses shall be determined by yeas and Nays, and the Names of the Persons voting for and against the Bill shall be entered on the Journal of each House respectively. If any Bill shall not be returned by the President within ten Days (Sundays excepted) after it shall have been presented to him, the Same shall be a Law, in like Manner as if he had signed it, unless the Congress by their Adjournment prevent its Return, in which Case it shall not be a Law.

Every Order, Resolution, or Vote to which the Concurrence of the Senate and House of Representatives may be necessary (except on a question of Adjournment) shall be presented to the President of the United States; and before the Same shall take Effect, shall be approved by him, or being disapproved by him, shall be repassed by two thirds of the Senate and House of Representatives, according to the Rules and Limitations prescribed in the Case of a Bill.

**Section. 8.**

The Congress shall have Power To lay and collect Taxes, Duties, Imposts and Excises, to pay the Debts and provide for the common Defence and general Welfare of the United States; but all Duties, Imposts and Excises shall be uniform throughout the United States;

To borrow Money on the credit of the United States;

To regulate Commerce with foreign Nations, and among the several States, and with the Indian Tribes;

To establish an uniform Rule of Naturalization, and uniform Laws on the subject of Bankruptcies throughout the United States;

To coin Money, regulate the Value thereof, and of foreign Coin, and fix the Standard of Weights and Measures;

To provide for the Punishment of counterfeiting the Securities and current Coin of the United States;

To establish Post Offices and post Roads;

To promote the Progress of Science and useful Arts, by securing for limited Times to Authors and Inventors the exclusive Right to their respective Writings and Discoveries;

To constitute Tribunals inferior to the supreme Court;

To define and punish Piracies and Felonies committed on the high Seas, and Offences against the Law of Nations;

To declare War, grant Letters of Marque and Reprisal, and make Rules concerning Captures on Land and Water;

To raise and support Armies, but no Appropriation of Money to that Use shall be for a longer Term than two Years;

To provide and maintain a Navy;

To make Rules for the Government and Regulation of the land and naval Forces;

To provide for calling forth the Militia to execute the Laws of the Union, suppress Insurrections and repel Invasions;

NARA | The Constitution of the United States: A Transcription
Page 4 of 9
Case 1:06-cv-01704-CKK     Document 1-3     Filed 10/02/2006     Page 54 of 85



To provide for organizing, arming, and disciplining, the Militia, and for governing such Part of them as may be employed in the Service of the United States, reserving to the States respectively, the Appointment of the Officers, and the Authority of training the Militia according to the discipline prescribed by Congress;

To exercise exclusive Legislation in all Cases whatsoever, over such District (not exceeding ten Miles square) as may, by Cession of particular States, and the Acceptance of Congress, become the Seat of the Government of the United States, and to exercise like Authority over all Places purchased by the Consent of the Legislature of the State in which the Same shall be, for the Erection of Forts, Magazines, Arsenals, dock-Yards, and other needful Buildings;--And

To make all Laws which shall be necessary and proper for carrying into Execution the foregoing Powers, and all other Powers vested by this Constitution in the Government of the United States, or in any Department or Officer thereof.

**Section. 9.**

The Migration or Importation of such Persons as any of the States now existing shall think proper to admit, shall not be prohibited by the Congress prior to the Year one thousand eight hundred and eight, but a Tax or duty may be imposed on such Importation, not exceeding ten dollars for each Person.

The Privilege of the Writ of Habeas Corpus shall not be suspended, unless when in Cases of Rebellion or Invasion the public Safety may require it.

No Bill of Attainder or ex post facto Law shall be passed.

No Capitation, or other direct, Tax shall be laid, unless in Proportion to the Census or enumeration herein before directed to be taken.

No Tax or Duty shall be laid on Articles exported from any State.

No Preference shall be given by any Regulation of Commerce or Revenue to the Ports of one State over those of another; nor shall Vessels bound to, or from, one State, be obliged to enter, clear, or pay Duties in another.

No Money shall be drawn from the Treasury, but in Consequence of Appropriations made by Law; and a regular Statement and Account of the Receipts and Expenditures of all public Money shall be published from time to time.

No Title of Nobility shall be granted by the United States: And no Person holding any Office of Profit or Trust under them, shall, without the Consent of the Congress, accept of any present, Emolument, Office, or Title, of any kind whatever, from any King, Prince, or foreign State.

**Section. 10.**

No State shall enter into any Treaty, Alliance, or Confederation; grant Letters of Marque and Reprisal; coin Money; emit Bills of Credit; make any Thing but gold and silver Coin a Tender in Payment of Debts; pass any Bill of Attainder, ex post facto Law, or Law impairing the Obligation of Contracts, or grant any Title of Nobility.

No State shall, without the Consent of the Congress, lay any Imposts or Duties on Imports or Exports, except what may be absolutely necessary for executing it's inspection Laws: and the net Produce of all Duties and Imposts, laid by any State on Imports or Exports, shall be for the Use of the Treasury of the United States; and all such Laws shall be subject to the Revision and Controul of the Congress.

No State shall, without the Consent of Congress, lay any Duty of Tonnage, keep Troops, or Ships of War in time of Peace, enter into any Agreement or Compact with another State, or with a foreign Power, or engage in War, unless actually invaded, or in such imminent Danger as will not admit of delay.

**Article. II.**

## Section. 1.

The executive Power shall be vested in a President of the United States of America. He shall hold his Office during the Term of four Years, and, together with the Vice President, chosen for the same Term, be elected, as follows:

Each State shall appoint, in such Manner as the Legislature thereof may direct, a Number of Electors, equal to the whole Number of Senators and Representatives to which the State may be entitled in the Congress: but no Senator or Representative, or Person holding an Office of Trust or Profit under the United States, shall be appointed an Elector.

The Electors shall meet in their respective States, and vote by Ballot for two Persons, of whom one at least shall not be an Inhabitant of the same State with themselves. And they shall make a List of all the Persons voted for, and of the Number of Votes for each; which List they shall sign and certify, and transmit sealed to the Seat of the Government of the United States, directed to the President of the Senate. The President of the Senate shall, in the Presence of the Senate and House of Representatives, open all the Certificates, and the Votes shall then be counted. The Person having the greatest Number of Votes shall be the President, if such Number be a Majority of the whole Number of Electors appointed; and if there be more than one who have such Majority, and have an equal Number of Votes, then the House of Representatives shall immediately chuse by Ballot one of them for President; and if no Person have a Majority, then from the five highest on the List the said House shall in like Manner chuse the President. But in chusing the President, the Votes shall be taken by States, the Representation from each State having one Vote; A quorum for this purpose shall consist of a Member or Members from two thirds of the States, and a Majority of all the States shall be necessary to a Choice. In every Case, after the Choice of the President, the Person having the greatest Number of Votes of the Electors shall be the Vice President. But if there should remain two or more who have equal Votes, the Senate shall chuse from them by Ballot the Vice President.

The Congress may determine the Time of chusing the Electors, and the Day on which they shall give their Votes; which Day shall be the same throughout the United States.

No Person except a natural born Citizen, or a Citizen of the United States, at the time of the Adoption of this Constitution, shall be eligible to the Office of President; neither shall any Person be eligible to that Office who shall not have attained to the Age of thirty five Years, and been fourteen Years a Resident within the United States.

In Case of the Removal of the President from Office, or of his Death, Resignation, or Inability to discharge the Powers and Duties of the said Office, the Same shall devolve on the Vice President, and the Congress may by Law provide for the Case of Removal, Death, Resignation or Inability, both of the President and Vice President, declaring what Officer shall then act as President, and such Officer shall act accordingly, until the Disability be removed, or a President shall be elected.

The President shall, at stated Times, receive for his Services, a Compensation, which shall neither be increased nor diminished during the Period for which he shall have been elected, and he shall not receive within that Period any other Emolument from the United States, or any of them.

Before he enter on the Execution of his Office, he shall take the following Oath or Affirmation:--"I do solemnly swear (or affirm) that I will faithfully execute the Office of President of the United States, and will to the best of my Ability, preserve, protect and defend the Constitution of the United States."

## Section. 2.

The President shall be Commander in Chief of the Army and Navy of the United States, and of the Militia of the several States, when called into the actual Service of the United States; he may require the Opinion, in writing, of the principal Officer in each of the executive Departments, upon any Subject relating to the Duties of their respective Offices, and he shall have Power to grant Reprieves and Pardons for Offences against the United States, except in Cases of Impeachment.

He shall have Power, by and with the Advice and Consent of the Senate, to make Treaties, provided two thirds of the Senators present concur; and he shall nominate, and by and with the Advice and Consent of the Senate, shall appoint Ambassadors, other public Ministers and Consuls, Judges of the supreme Court, and all other Officers of the United States, whose Appointments are not herein otherwise provided for, and which shall be established by Law: but the Congress may by Law vest the Appointment of such inferior Officers, as they think proper, in the President alone, in the Courts of Law, or in the Heads of Departments.

The President shall have Power to fill up all Vacancies that may happen during the Recess of the Senate, by granting Commissions which shall expire at the End of their next Session.

**Section. 3.**

He shall from time to time give to the Congress Information of the State of the Union, and recommend to their Consideration such Measures as he shall judge necessary and expedient; he may, on extraordinary Occasions, convene both Houses, or either of them, and in Case of Disagreement between them, with Respect to the Time of Adjournment, he may adjourn them to such Time as he shall think proper; he shall receive Ambassadors and other public Ministers; he shall take Care that the Laws be faithfully executed, and shall Commission all the Officers of the United States.

**Section. 4.**

The President, Vice President and all civil Officers of the United States, shall be removed from Office on Impeachment for, and Conviction of, Treason, Bribery, or other high Crimes and Misdemeanors.

---

**Article III.**

**Section. 1.**

The judicial Power of the United States shall be vested in one supreme Court, and in such inferior Courts as the Congress may from time to time ordain and establish. The Judges, both of the supreme and inferior Courts, shall hold their Offices during good Behaviour, and shall, at stated Times, receive for their Services a Compensation, which shall not be diminished during their Continuance in Office.

**Section. 2.**

The judicial Power shall extend to all Cases, in Law and Equity, arising under this Constitution, the Laws of the United States, and Treaties made, or which shall be made, under their Authority;--to all Cases affecting Ambassadors, other public Ministers and Consuls;--to all Cases of admiralty and maritime Jurisdiction;--to Controversies to which the United States shall be a Party;--to Controversies between two or more States;-- between a State and Citizens of another State;--between Citizens of different States;--between Citizens of the same State claiming Lands under Grants of different States, and between a State, or the Citizens thereof, and foreign States, Citizens or Subjects.

In all Cases affecting Ambassadors, other public Ministers and Consuls, and those in which a State shall be Party, the supreme Court shall have original Jurisdiction. In all the other Cases before mentioned, the supreme Court shall have appellate Jurisdiction, both as to Law and Fact, with such Exceptions, and under such Regulations as the Congress shall make.

The Trial of all Crimes, except in Cases of Impeachment, shall be by Jury; and such Trial shall be held in the State where the said Crimes shall have been committed; but when not committed within any State, the Trial shall be at such Place or Places as the Congress may by Law have directed.

**Section. 3.**

Treason against the United States, shall consist only in levying War against them, or in adhering to their Enemies, giving them Aid and Comfort. No Person shall be convicted of Treason unless on the Testimony of two Witnesses to the same overt Act, or on Confession in open Court.

The Congress shall have Power to declare the Punishment of Treason, but no Attainder of Treason shall work Corruption of Blood, or Forfeiture except during the Life of the Person attainted.

---

**Article. IV.**

### Section. 1.

Full Faith and Credit shall be given in each State to the public Acts, Records, and judicial Proceedings of every other State. And the Congress may by general Laws prescribe the Manner in which such Acts, Records and Proceedings shall be proved, and the Effect thereof.

### Section. 2.

The Citizens of each State shall be entitled to all Privileges and Immunities of Citizens in the several States.

A Person charged in any State with Treason, Felony, or other Crime, who shall flee from Justice, and be found in another State, shall on Demand of the executive Authority of the State from which he fled, be delivered up, to be removed to the State having Jurisdiction of the Crime.

No Person held to Service or Labour in one State, under the Laws thereof, escaping into another, shall, in Consequence of any Law or Regulation therein, be discharged from such Service or Labour, but shall be delivered up on Claim of the Party to whom such Service or Labour may be due.

### Section. 3.

New States may be admitted by the Congress into this Union; but no new State shall be formed or erected within the Jurisdiction of any other State; nor any State be formed by the Junction of two or more States, or Parts of States, without the Consent of the Legislatures of the States concerned as well as of the Congress.

The Congress shall have Power to dispose of and make all needful Rules and Regulations respecting the Territory or other Property belonging to the United States; and nothing in this Constitution shall be so construed as to Prejudice any Claims of the United States, or of any particular State.

### Section. 4.

The United States shall guarantee to every State in this Union a Republican Form of Government, and shall protect each of them against Invasion; and on Application of the Legislature, or of the Executive (when the Legislature cannot be convened), against domestic Violence.

---

## Article. V.

The Congress, whenever two thirds of both Houses shall deem it necessary, shall propose Amendments to this Constitution, or, on the Application of the Legislatures of two thirds of the several States, shall call a Convention for proposing Amendments, which, in either Case, shall be valid to all Intents and Purposes, as Part of this Constitution, when ratified by the Legislatures of three fourths of the several States, or by Conventions in three fourths thereof, as the one or the other Mode of Ratification may be proposed by the Congress; Provided that no Amendment which may be made prior to the Year One thousand eight hundred and eight shall in any Manner affect the first and fourth Clauses in the Ninth Section of the first Article; and that no State, without its Consent, shall be deprived of its equal Suffrage in the Senate.

---

## Article. VI.

All Debts contracted and Engagements entered into, before the Adoption of this Constitution, shall be as valid against the United States under this Constitution, as under the Confederation.

This Constitution, and the Laws of the United States which shall be made in Pursuance thereof; and all Treaties made, or which shall be made, under the Authority of the United States, shall be the supreme Law of the Land; and the Judges in every State shall be bound thereby, any Thing in the Constitution or Laws of any State to the Contrary notwithstanding.

The Senators and Representatives before mentioned, and the Members of the several State Legislatures, and all



executive and judicial Officers, both of the United States and of the several States, shall be bound by Oath or Affirmation, to support this Constitution; but no religious Test shall ever be required as a Qualification to any Office or public Trust under the United States.

## Article. VII.

The Ratification of the Conventions of nine States, shall be sufficient for the Establishment of this Constitution between the States so ratifying the Same.

The Word, "the," being interlined between the seventh and eighth Lines of the first Page, the Word "Thirty" being partly written on an Erazure in the fifteenth Line of the first Page, The Words "is tried" being interlined between the thirty second and thirty third Lines of the first Page and the Word "the" being interlined between the forty third and forty fourth Lines of the second Page.

Attest William Jackson Secretary

Done in Convention by the Unanimous Consent of the States present the Seventeenth Day of September in the Year of our Lord one thousand seven hundred and Eighty seven and of the Independence of the United States of America the Twelfth In witness whereof We have hereunto subscribed our Names,

G°. Washington
*Presidt and deputy from Virginia*

**Delaware**
Geo: Read
Gunning Bedford jun
John Dickinson
Richard Bassett
Jaco: Broom

**Maryland**
James McHenry
Dan of St Thos. Jenifer
Danl. Carroll

**Virginia**
John Blair
James Madison Jr.

**North Carolina**
Wm. Blount
Richd. Dobbs Spaight
Hu Williamson

**South Carolina**
J. Rutledge
Charles Cotesworth Pinckney
Charles Pinckney
Pierce Butler

**Georgia**
William Few
Abr Baldwin

**New Hampshire**
John Langdon
Nicholas Gilman

**Massachusetts**

Nathaniel Gorham
Rufus King

**Connecticut**
Wm. Saml. Johnson
Roger Sherman

**New York**
Alexander Hamilton

**New Jersey**
Wil: Livingston
David Brearley
Wm. Paterson
Jona: Dayton

**Pennsylvania**
B Franklin
Thomas Mifflin
Robt. Morris
Geo. Clymer
Thos. FitzSimons
Jared Ingersoll
James Wilson
Gouv Morris

For biographies of the non-signing delegates to the Constitutional Convention,
see the Founding Fathers page.

**Page URL:** http://www.archives.gov/national-archives-experience/charters/
            constitution_transcript.html

**U.S. National Archives & Records Administration**
8601 Adelphi Road, College Park, MD, 20740-6001, • 1-86-NARA-NARA • 1-866-272-6272



# DEPARTMENT OF THE AIR FORCE
### WASHINGTON, DC

25 August 2005

HAF/ICIOD (FOIA)
1000 Air Force Pentagon
Washington, DC 20330-1000

Bill Nellis
1201 Glen Cove Parkway #303
Vallejo, CA 94591

Dear Mr. Nellis

  This is to acknowledge receipt of your August 10, 2005, Freedom of Information Act request for information regarding Nellis Air Force Base and William Harrell Nellis.

  We are not the office responsible for the information you are requesting. Therefore, we suggest you contact the following activity for action. They will reply directly to you.

     **99 CS/SCBR (FOIA)**
     **4375 N Washington Blvd**
     **Nellis AFB NV 89191-7032**

  Please direct your questions to SSgt LaSundra Bridgewater at (703) 696-7263 and reference case number #05-1212.

     Sincerely

     JOHN M. ESPINAL
     Chief, Documentation Information
     & Services Branch



# DEPARTMENT OF THE AIR FORCE
### WASHINGTON, DC

23 August 2005

HAF/ICIOD (FOIA)
1000 Air Force Pentagon
Washington, DC 20330-1000


Bill Nellis
1201 Glen Cove Parkway #303
Vallejo, CA 94591

Dear Mr. Nellis

This is to acknowledge receipt of your August 10, 2005, Freedom of Information Act request for information regarding Nellis Air Force Base and William Harrell Nellis.

Every effort will be made to respond in twenty business days. If we should need additional time, you will be notified in writing.

Please direct your questions to SSgt LaSundra Bridgewater at (703) 696-7263 and reference case number #05-1212.


Sincerely

JOHN M. ESPINAL
Chief, Documentation Information
& Services Branch



# Nellis Air Force Base

Home of the Fighter Pilot

Home · Index · What's New · Events · News · Phone

## Lt William H. Nellis

Search



## Units & Services

| Welcome to Nellis |
| History |

| Arrival |
| Units and the Mission |
| Tenant Units |
| Base Facilities |
| Support Services |

## Lifestyle

| Education |
| Recreation & Sports |
| Medical |
| Housing |
| Life in Southern Nevada |
| Activities & Events |
| Tickets and Tours |

## Resources

| Business Opportunities |
| Nellis Image Gallery |
| Public Affairs Office |
| Air Combat Command |
| United States Air Force |

**William Harrell Nellis** was born in Santa Rita, NM, on March 8, 1916. He was still a child when his family relocated to Searchlight, Nev. Nellis lived with his grandmother for a time in Searchlight. When not attending school, he helped her run the Searchlight Hotel. Nellis remained in the town until he graduated from the eighth grade.

For high school, Nellis moved to Las Vegas where he attended Las Vegas High School. He rented a room and held a job after school to pay room and board. Nellis graduated in 1936. In 1939, Nellis married Las Vegas native Shirley R. Fletcher. The couple had two children, Gary and Joyce. After relocating to Searchlight for a time, the Nellis family returned to Las Vegas where Nellis found a job with the railroad.

Nellis' job with the railroad was enough to keep him out of the Army at the outbreak of World War II. However, after completing some flying lessons and logging eight hours in the air, Nellis enlisted in the Enlisted Reserve Corps on Dec. 9, 1942.

He reported for active duty as an aviation cadet on March 2, 1943. On Aug. 27, 1943, Nellis completed primary pilot training in Albany, Ga. He was honorably discharged on Jan. 6, 1944, and accepted an

Lt. William Nellis, USAF

Department of Defense

Base Tour ▶ Next

appointment as a flight officer the next day.

Nellis departed the United States for overseas duty with the 495th Replacement Group on May 21, 1944. He was reassigned on July 9, 1944 to the 513th Fighter Squadron, where he participated in 70 aerial combat missions. He was shot down three times. Most of the missions flown by the 513th Fighter Squadron in 1944 were air-to-ground operations in support of General Patton's 3rd Army. Due to the fast advance of the 3rd Army through France, the Squadron was forced to change airfields constantly. The constant movement did not hamper the unit's operations, however.

The squadron proved quite effective in the air-interdiction and combat air support role. Nellis was an active member in those missions, receiving two promotions and several awards. On Dec. 18, the Germans launched a major counter-offensive in the Ardennes Forest area known as the Battle of the Bulge. The 513th Fighter Squadron was unable to provide air support again until Dec. 23. Most of the action occurred within 10 miles of the city of Bastogne, Belgium. Missions conducted in the Bastogne area were considered extremely hazardous. The Fighter Squadron flew sorties from dawn to dusk in support of the 101st Airborne Division until Dec. 29. It was in this environment that Nellis flew his final combat mission.

On Dec. 27, 1944, Nellis was hit by ground fire while strafing a German convoy over Luxembourg. His plane burst into flames and plunged into the ground. Nellis was not seen exiting the aircraft. His sacrifice was not in vain. The missions undertaken by the 513th Fighter Squadron saved many lives and destroyed irreplaceable German armored vehicles, personnel, and supplies.

In April 1949, the Air Force began its Memorial Program for the purpose of honoring certain individuals who distinguished themselves serving their country. The Air Force began receiving and evaluating recommendations for memorializing outstanding deceased military personalities who distinguished themselves to such an extent that the nation wished to perpetuate their memory by naming military air installations in their honor. Nellis was chosen unanimously by local civic organizations to be honored. Effective April 30, 1950, Las Vegas Air Force Base was officially renamed Nellis Air Force Base.

Page 2 of 2

10/7/2004

# Nellis
# Air Force Base

Home | News | Photos | Art | Library | Units | Questions | Join
Library > Biographies



AMERICA'S AIR FORCE

## Biographies

Search

search ▶▶
▶ Advanced Search

**Public Affairs Office**
99 ABW/PA
4430 Grissom Ave.,
Suite 107
Nellis AFB, NV 89191

**Base Operator**
(702) 652-1110

## Nellis Air Force Base Biographies

This page highlights the biographies of the current leadership at Nellis Air Force Base. For Air Combat Command's biographies, please visit ACC's Biographies page. For biographies of Air Force leaders, current and retired, military and civilian, please visit the Biographies page of Air Force Link, the official Web site of the U.S. Air Force.

### USAF Warfare Center Leadership



Maj. Gen. Stephen
M. Goldfein -
Commander



Col. Everett
H. Thomas -
Vice Commander

**57th Wing Leadership**



CMSgt. Timothy
W. Sydnor -
Command Chief

**98th Range Wing Leadership**



Brig. Gen. William
J. Rew -
Commander



Col. John
M. Amidon -
Vice Commander

CMSgt. James
A. MacKinley -
Command Chief

### 99th Air Base Wing Leadership

(702) 652-2750
DSN 682-2750

Bio pending

Col. Maria
J. Dowling -
Vice Commander

Col. Michael
J. Bartley -
Commander

CMSgt. Britton
W. Ellis -
Command Chief

## Top Stories

Aircraft maintenance
public-private
competition begins
Red Flag scrapbook
Eagle takes a drink
Searching for SAM sites
Lull before the storm
Fill 'er up
Falcons and Eagles get
aggressive
Aggressors take Red
Flag crews to the edge
Common sight at Red
Flag
Eagles line up for gas

▶ More Stories

Nellis Air Force Base - Biographies



Col. Christopher
E. Haave -
*Commander*



Ms. Yvonne
M. Gresnick -
*Vice*

Site Map | Contact Us | Security and Privacy notice

Nellis Air Force Base - Home

# Nellis Air Force Base

Home    News    Photos    Art    Library    Units    Questions    Join



AMERICA'S AIR FORCE

search       Search
▶ Advanced Search    ▶▶

## Nellis Air Force Base, Nevada

Nellis is called the "Home of the Fighter Pilot," and for good reason. Nellis is a member of the United States Air Force's Air Combat Command and home of the U.S. Air Force Warfare Center. With five wings and more than 150 aircraft, the Warfare Center is responsible for advanced combat training, tactics development and operational testing. The Center also conducts worldwide combat operations with the Predator unmanned aerial vehicle.

### Nellis AFB Links

Mission
Freedom of Information
Retiree Affairs
Medical Services
99th Services Squadron
Airman and Family
???? Readiness Center

Contracting with Nellis
Civil Air Patrol
Sexual Assault?
???? Prevention &?
???? Response Office
Environment
Hurricane Emergency
???? Information

**Specials**



Contracting with Nellis
Civil Air Patrol
Sexual Assault?
???? Prevention &?
???? Response Office

## Nellis AFB Headlines

**Aircraft maintenance public-private competition begins**
NELLIS AIR FORCE BASE, Nev. –
The Air Force announced late last month that it will conduct a formal public-private competition to determine the most cost-effective way of conducting aircraft maintenance at Nellis Air Force Base, Nev.?

**Red Flag scrapbook**
NELLIS AFB, Nev. – An F-15 Eagle from Kadena Air Base, Japan, waits for the signal to start the attack during the Red Flag exercise which ends Sept. 2. The Eagles take control of the air from the enemy aircraft and tactics. More than 80 aircraft the U.S. Air Force, marine Corps, Germany and NATO are taking part in Red Flag. (U.S. Air Force photo/Airman 1st Class Andy Dumboski)

**Eagle takes a drink**
NELLIS AFB, Nev. – An F-15 Eagle from Kadena Air Base, Japan, tops off the tanks before the fight starts Aug. 24 during exercise Red Flag here. More than 80 aircraft are taking part in Red Flag, which began in 1975 to sharpen the aerial combat skills of U.S. and allied aircrews. Red Flag takes place on the 15,000-square-mile Nevada Test and Training Range Complex, the most highly-instrumented aerial range in the world. (U.S. Air Force photo/Senior Airman Travis Edwards)

**Searching for SAM sites**



## Nellis AFB Newspaper - Bullseye

Click here to view the Bullseye in PDF format.

Click here to view the Nellis Base Guide and Telephone Book in PDF format

## Nellis AFB Biographies



Nellis AFB Biographies





## Nellis AFB Fact Sheets



**More About Nellis AFB**



Located approximately eight miles northeast of

Air Force Thunderbirds

Airman Magazine Site

Airman
SUMMER 2006

AFLINK F-22 Raptor Page

**Other Links**

Air Combat Command
U.S. Air Force
Department of Defense
U.S. Government

http://www.nellis.af.mil/

Nellis Air Force Base - Home

NELLIS AFB, Nev. – An F-16CJ from Misawa Air Base, Japan, flies over the Nevada Test and Training Range Complex Aug. 24 during exercise Red Flag. The F-16CJ specializes in neutralizing and destroying surface-to-air gun and missile sites, and allied aircrews, which hone the skills of U.S. aircraft take part in Red Flag exercises, which hone the skills of U.S. and allied aircrews. (U.S. Air Force photo/Senior Airman Travis Edwards)

**Lull before the storm**
NELLIS AFB, Nev. – An F-15 Eagle from Kadena Air Base, Japan, flies formation with a KC-135 while others in the flight refuel. The F-15s are taking part in Red Flag, a large-force exercise taking place over the 15,000-square-mile Nevada Test and Training Range. The exercise ends Sept. 2. (U.S. Air Force photo/Senior Airman Travis Edwards)

**Fill 'er up**
NELLIS AFB, Nev. – An F-15 Eagle from Kadena Air Base, Japan, prepares to take on fuel from a KC-135 aerial tanker during exercise Red Flag at Nellis AFB, Nev., Aug. 24. Red Flag puts more than 80 combat and support aircraft in the air twice daily to sharpen U.S. and allied warfighting skills. The Red Flag exercise ends Sept. 2. (U.S. Air Force photo/Senior Airman Travis Edwards)

**Falcons and Eagles get aggressive**
F-16 and F-15 Aggressor aircraft from Nellis AFB, Nev., fly in formation with a KC-135 tanker from the 6th Air Mobility Wing, MacDill AFB, Fla., Aug. 18. The Aggressors act as "enemy" aircraft during the Red Flag exercise which continues through Sept. 2. The Aggressors belong to the 65th Aggressor Squadron, while the F-16s belong to the 64th Aggressor Squadron. (U.S. Air Force photo/Mike Estrada)

► **More Headlines**



downtown Las Vegas, Nevada, and covering more than 14,000 acres, Nellis Air Force Base provides advanced combat training for composite strike forces, which includes every type of aircraft in the Air Force inventory. An integral part of Air Combat Command, Nellis employs a work force of approximately 12,000 military and civilian personnel, making it one of the largest single employers in southern Nevada. **Read more about Nellis AFB and its history.**



**Medical exercise leaves real-world impact in Colombia**

**Spouses play 'key' role in ACC IG inspectors provide air power**



**Dragon Test Team inactivates; 'Gray Dragon' to fly no more**

**Colonel Goldfein named last F-117A Bandit**

**Report: pilot error caused B-1B crash**

**Air Force dentist aids Colombian people**

**AF Headlines**



Japanese, U.S. Airmen share insights at tactics symposium

Emergency services extinguish KC-135 fire

4th Corps Soldiers get lift from 386th AEW

Instruments in Greenland to enhance space weather forecasts

**ACC Headlines**

Command chief panel discusses enlisted issues

Servicemembers get chance to tell their side of story

Life-saving training at Osan AB

► **Public Affairs Office**

**Base Operator**
(702) 652-1110

99 ABW/PA
4430 Grissom Ave.,
Suite 107
Nellis AFB, NV 89191

(702) 652-2750
DSN 682-2750

Welcome



RICHMOND.GOV

I Am   I Want To   Services   Departments   Contact Us   Site Help

Departments

## OFFICE OF THE MAYOR : CITY ADMINISTRATOR
# WILLIAM E. HARRELL



### Access, Action and Accountability

The City Administrator's Office is located in City Hall, 900 East Broad Street, Room 201, Richmond, Virginia 23219. The City Administrator has primary management responsibility for the day-to-day operation of the City's departments and agencies. The City Administrator reports directly to the Mayor.

William E. Harrell has been selected by Mayor L. Douglas Wilder to serve as City Administrator and subsequently confirmed by City Council. Mr. Harrell previously served in that position on an interim basis since the City of Richmond changed from a Council-Manager to a Mayor-Council form of government as of January 1, 2005.

**Profession:**

- City Administrator, Richmond, VA                 - March 2005
- Interim City Administrator, Richmond            - January 2005
- Deputy City Manager, Richmond                    - 1999-2004
- Assistant City Manager, Greensboro, NC       - 1996-1999
- Assistant City Manager, Suffolk, VA               - 1995-1996
- Public Utilities Director, Suffolk                      - 1990-1995
- Management Services Director, Suffolk          - 1987-1990

**Education:**

**William E. Harrell**
900 East Broad



||Video of Mayor's
"City of the Future"
Address
VIEW: HIGH LOW

||"City of the Future"
Address

||Efficiency &
Effectiveness Committee
Report

||Human Services
Committee Report

||Mayor's Youth Forum

||Fleet / Procurement
Review Committee Report

||Interim Report by
Mayor's Commission on
City Jail Issues

GO

Page 1 of 2

6/11/2006

**Street Room 201**
**Richmond, VA 23219**
**T) 804.646.7978**

- University of Virginia, B.S. Urban and Regional Planning
- University of Virginia, M.S. Urban and Regional Planning
- University of Virginia, M.S. Public Administration
- National Development Council, Economic Development Finance Professional Certification
- National Incident Management System (NIMS) Training Certificate

**Memberships and Affiliations:**

- **Named among "Outstanding Young Men of America," 1987**
- **"G. Robert House - Young Public Administrator of the Year Award," 1996**
- Member of National Forum for Black Public Administrators (NFBPA)
- Leadership Metro Richmond graduate, 2003
- Community Service Award, Ephesus SDA Church, 2006
- International City/County Management Association
- Greater Richmond Convention Center Authority Board member
- Richmond Planning Commissioner



900 East Broad Street, Richmond, Virginia 23219 (804)646-7000 Contact Us.
©2000-2006 City of Richmond, Virginia. All rights reserved. Privacy, Disclaimer & Terms.



Graham Wizz
Nob Wobe
Gail Wolfe

Angie Wong
Margaret Wong
Steve Wrubel

Steve Wu
Richard Yee
Sophea Yin

Michael Younger
Robert Yu
Micheal Yuan

Anne Zagone
Carolina Zaldana
Mike Zavala

Paul Zimmer
Nico Zimmerman
Burt McMacho

Yube Ugly
Obi One
Obi Two





Wendy Abrams
Laura Ackerman
Kimberly Acosta

Chandra Adams
Cynthia Adams
Arthur Adamson

Kyle Ahmed
Keshi Akino
Amanda Ali

Heather Anderson
Lucy Anderton
Alicia Andrade

215



bael Mendonca
sball Menocal
Merritt

Joann Milan
Amanda Miller
Ricky Mills

Jacob Misbell
Julia Mitchell
Shawntell Mitchell

Melina Miyoshi
Owen Miyoshi
Jason Moll

Aaron looks on while Erika gives her Ray Charles imatation.

Montali
don Monteiro
e Moody

Edwin Moore
Mark Moore
Javier Mora

Damian Morgan
Georgiana Morris
Vanessa Morrison

Jonathon Mosley
Vasilis Mouratoff
Sonia Mueller

Ivan Mumm
Sylvia Myintoo
Daniel Myers

Achebe Myles
Jaemi Naish
Anise Nassiry

Alicea Nellis
Amy Nellis
Angela Nelson



Josb Meisel
Melanie Metzel
Chris Merritt

Leslie Mesones
M. Metzger
Jonathan Meyers

Lisa Miller
Sonya Miller
Wanda Miller

Ngyen Minh
Loyal Mitchell
Katby Miyoshi

Erik Monrad
Donielle Monroe
Jessie Montell

Leslie Moon
Kazuko Morgen
Dana Mozer

Molly Mugnolo
Yolanda Murillo
Erin Murphy

Monique Murray
Victor Namuche
Debbie Nass

Kelly Navies
Demian Nebelkoff
Bill Nellis

Jon Nelson
Irma Newman
Lisa Newman

Son T. Nguyen
Thuy Nguyen
Lourdes Nicholls

Kathy Nichols
Tracy Nickell
Paul Nis

Donald Nobles
Emily Ofsevit
Dwayne Oliver




Thomas Oliver
Nancy Olivier
Mike Ordona



Alan thinks, "Two's company, three's a crowd."

   

*Joshua Mitnick*
*Jessica Moise*
*Mimi Mok*

*John Monroe*
*Kailen Mooney*
*Chantale Moore*

*Shana Moore*
*Jennifer Mooser*
*Andre Morcel*

*Scott Morris*
*Alex Moskovitz*
*Sarah Mugnolo*

      

   

    

*Michael Murphy*
*Lucy Namuche*
*Alvin Nash*

*Bradley Nass*
*Jena Nawy*
*Kevin Neely*

*Jeffrey Nellis*
*Sarah Nelson*
*Jason Nevel*

*Aeron Neville*
*Shawne Newman*
*Lydia Newton*

*Tracy Newton*
*Nga Nguyen*
*Dennis Nichols*

*Gabrielle Nicholson*
*Julie Nielson*
*Natasha Noel*

*Sarah Norris*
*Chris Northern*
*N.O. Nukes*

247



**United States
Department of
Agriculture**

JAN 27 2004

**Farm and Foreign
Agricultural
Services**

Mr. Bill Nellis
471 Cragmont Avenue
Berkeley, California 94708

**Foreign
Agricultural
Service**

**1400 Independence
Ave, SW
Stop 1031
Washington, DC
20250-1031**

Dear Mr. Nellis:

This is in response to your Freedom of Information Act (FOIA) request of December 20, 2003. The information which you requested regarding implementation of the Supplier Credit Guarantee Program (SCGP) in Japan is enclosed.

Your request for information concerning John Childs is denied under the provisions of Title 5, U.S.C. 552 (b)(6) of FOIA which exempts the release of "personnel and medical files and similar files the disclosure of which would constitute a clearly unwarranted invasion of personal privacy."

You have a right to appeal this denial of records within 45 days after receipt of this letter by writing the following official and marking your letter "FOIA Appeal."

Administrator
Foreign Agricultural Service
U.S. Department of Agriculture
Washington, DC 20250-1004

Sincerely,

William S. Hawkins
Acting Assistant Deputy Administrator, Export Credits

Enclosures



## USDA EXTENDS SUPPLIER CREDIT GUARANTEES TO JAPAN

WASHINGTON, Oct. 18, 2000--The U.S. Department of Agriculture has authorized $50 million in supplier credit guarantees for sales of U.S. agricultural commodities to Japan under the Commodity Credit Corporation's Supplier Credit Guarantee Program (SCGP) for fiscal year 2001. This program announcement is issued in accordance with 7 C.F.R. Part 1493, subpart D, section 1493.400(d).

## COMMODITY ALLOCATIONS

According to Richard Fritz, general sales manager for USDA's Foreign Agricultural Service, exporters may apply for credit guarantees on a first-come, first-served basis to cover sales of any of the commodities specified in the GSM list of commodities published in FAS program announcement PR 0240-00, issued June 12, 2000, or as superseded. The latest commodity list can be obtained by accessing the FAS home page as specified below.

The allocation does not assign dollar amounts to any of the commodities specified in the GSM list of commodities, providing buyers and sellers maximum flexibility in arranging the size of their transactions within the scope of the overall allocation.

## TERMS OF COVERAGE

In accordance with section 1493.410(t)(1), this announcement offers coverage on an f.a.s. or f.o.b. basis. For all commodities sold on a C&F or C.I.F. basis, coverage on a C&F basis to point of ocean vessel or international air carrier discharge is also available in accordance with section 1493.410(t)(2). Coverage is not available under this announcement for insurance costs.

Coverage up to 65 percent of the principal is offered on credit terms of 15, 20, 30, 45, 60, 90, 120, 150, and 180 days. No interest coverage is offered under this announcement.

## SPECIAL TERMS AND CONDITIONS

Sales must be registered with CCC by Sept. 30, 2001, and exporters' contractual arrangements must call for exports no later than Nov. 30, 2001.

## GUARANTEE FEE RATES

Guarantee fee rates are $0.45 for credit terms up to 90 days, and $0.90 for credit terms up to 180 days. The guarantee fee rates are reflected in cents per $100 of coverage, based on the guarantee value.

## IMPORTER OBLIGATIONS

In accordance with section 1493.410(s), the importer is required to use one or the other of two standard promissory note forms as evidence of its obligation to pay for the U.S. agricultural commodities exported under the SCGP. These two forms, and the instructions for completing them, are available on the web at at the listing for *Standard Promissory Note Forms*. The forms may also be obtained by contacting the Contract and Registration Branch, Export Credits, FAS-USDA, Room 4503, Stop 1035, 1400 Independence Ave. SW, Washington, DC 20250-1035; telephone (202) 720-3224; fax (202) 720-2949. When submitting a request for the SCGP standard promissory notes, please specify the release number for this program announcement.

Exporters are advised by CCC to review throughly the provisions of the promissory notes with the importer. No changes may be made to the promissory note forms elected for use. No other form of promissory note(s) may be used.

## POINTS OF CONTACT

FAS news releases are available on the Internet at http://www.fas.usda.gov and by fax polling. Callers should set their fax machines for polling and dial (202) 720-1728. For additional information, contact FAS Information Division at (202) 720-7115.

In the event of any discrepancy between the *FAS Online* home page version of this release and the standard FAS release (available in hard copy and by facsimile from FAS), the standard release shall prevail as establishing terms and conditions of any CCC payment guarantees issued pursuant to this release.

Standard Promissory Note Forms                    .pdf            .wpd

#PR-0438-00



**DEPARTMENT OF HEALTH & HUMAN SERVICES**

Office of the Secretary

Washington, D.C.  20201

FEB - 4 2005

Mr. Bill Nellis
1201 Glen Cove Parkway #303
Vellajo, CA  94591

Dear Mr. Nellis:

This is in response to your recent appeal regarding denial of your request concerning issues on a Mr. John Childs.

The Department of Health and Human Services does not have jurisdiction over such matters. You should contact the U.S. Department of Agriculture in regard to your appeal. The contact person at Agriculture is as follows:

> Andrea E. Fowler
> FOIA/PA Coordinator
> Room 440 AA Whitten Bldg.
> Washington, D.C.  20250-1300
> Telephone:  (202) 720-8164

Sincerely yours,

Rosario Cirrincione
Director
FOI/Privacy Acts Division
Office of Public Affairs



**COMMONWEALTH OF VIRGINIA**
**VOTER CARD**

ID
NO. 920246041    DATE
ISSUED 02/01/06

NELLIS, WILLIAM LAWRENCE
APT 12
1288 BAYSIDE AVE
WOODBRIDGE VA  22191

VOTING LOCATION

BELMONT ELEMENTARY SCHOOL
751 NORWOOD LANE

LOCALITY
        PRINCE WILLIAM COUNTY
PRECINCT
        BELMONT
DISTRICTS:    CONG 11    SEN 36    HSE  052
LOCAL:
        WOODBRIDGE DISTRICT

**Voter Registration Office**

        9252 LEE AVENUE
        MANASSAS VA  20110-5557

        (703) 792-6470

FOLD HERE

FOLD HERE



**FedEx Kinko's.**
Office and Print Center

FedEx Kinko's

September 29, 2006 17:43                                    Page: 1
Receipt #: 148520
VISA #: XXXXXXXXXXXX1601
2006/09/29 15:21

| Qty | Description | Amount |
|-----|-------------|--------|
| 2 | Minutes:EPW1263S03 | 0.40 |

| | |
|---|---|
| SubTotal | 0.40 |
| State Tax | 0.02 |
| Total | 0.42 |

The Card holder agrees to pay the Issuer of the charge card in
accordance with the agreement between the Issuer and the Cardholder.

2910 Prince William    703.580.9338
Woodbridge, VA  22192
www.fedexkinkos.com
Office and Print Center

---

**FedEx Kinko's.**
Office and Print Center

FedEx Kinko's

September 29, 2006 17:43                                    Page: 1
Receipt #: 148526
VISA #: XXXXXXXXXXXX1601
2006/09/29 17:11

| Qty | Description | Amount |
|-----|-------------|--------|
| 1144 | ES B&W S/S White 8.5 x11 | 102.96 |

| | |
|---|---|
| SubTotal | 102.96 |
| State Tax | 4.12 |
| County Tax | 1.03 |
| Total | 108.11 |

The Card holder agrees to pay the Issuer of the charge card in
accordance with the agreement between the Issuer and the Cardholder.

2910 Prince William    703.580.9338
Woodbridge, VA  22192
www.fedexkinkos.com
Office and Print Center