UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED
OCT 23 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WILLIAM (BILL) LAWRENCE NELLIS
1288 BAYSIDE AVENUE APARTMENT 12
WOODBRIDGE, VA 22191
(703) 498-2107

vs.

CIVIL ACTION NO. 1:06CV01704
(JUDGE'S INITIALS)

ALBERTO GONZALES, UNITED STATES ATTORNEY GENERAL
UNITED STATES DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20515

ET AL.

### AFFADAVIT OF SERVICE

I, William Lawrence Nellis, hereby declare that on the __4th__ day of __October__, 20__06__, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Doctor Thomas Insel, Director of the National Institute of Mental Health. Attached hereto is the certified green card acknowledging service.

[Attached certified mail green card (PS Form 3811) addressed to:
Doctor Thomas R. Insel
National Institute of Mental Health
6001 Executive Boulevard
Room 8235 MSC 9669
Bethesda MD 20892-9669
Article Number: 7006 2150 0004 7439 8147
Service Type: Certified Mail]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM (BILL) LAWRENCE NELLIS
1288 BAYSIDE AVENUE APARTMENT 12
WOODBRIDGE, VA  22191
(703) 498-2107

vs.                                        CIVIL ACTION NO. 1:06CV01704
                                           (JUDGE'S INITIALS)

ALBERTO GONZALES, UNITED STATES ATTORNEY GENERAL
UNITED STATES DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20515

ET AL.

### AFFADAVIT OF SERVICE

I, William Lawrence Nellis, hereby declare that on the ____4th____ day of ____October____, 20__06__, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Doctor Elias Zerhouni, Director of the National Institutes of Health.  Attached hereto is the certified green card acknowledging service.

| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature  X _[signature]_   ☐ Agent  ☐ Addressee<br>B. Received by (Printed Name) _Hilda Schw[...]_   C. Date of Delivery<br>D. Is delivery address different from item 1? ☐ Yes  ☐ No<br>If YES, enter delivery address below: |
| 1. Article Addressed to:<br>Doctor Elias Zerhouni MD<br>Director, National Institutes of Health<br>Building 1 Room 126<br>One Center Drive<br>Bethesda MD 20892-0148 | 3. Service Type<br>☑ Certified Mail   ☐ Express Mail<br>☐ Registered       ☐ Return Receipt for Merchandise<br>☐ Insured Mail    ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee)   ☐ Yes |
| 2. Article Number (Transfer from service label) | 7006 2150 0004 7439 8239 |

PS Form 3811, February 2004          Domestic Return Receipt          102595-02-M-1540