UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

RECEIVED

OCT 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

WILLIAM (BILL) LAWRENCE NELLIS
1288 BAYSIDE AVENUE APARTMENT 12
WOODBRIDGE, VA  22191
(703) 498-2107


vs.                                          CIVIL ACTION NO. 1:06CV01704
                                             (JUDGE'S INITIALS)


ALBERTO GONZALES, UNITED STATES ATTORNEY GENERAL
UNITED STATES DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20515

ET AL.


## AFFADAVIT OF SERVICE

I, William Lawrence Nellis, hereby declare that on the ___4th___ day of ___October___, 20_06_, I mailed a copy of the summons and complaint, certified mail return receipt requested, to the U.S. Attorney for the District of Columbia.

Attached hereto is the certified green card acknowledging service.

[Image of USPS PS Form 3811 Domestic Return Receipt. Article addressed to: "U.S. Attorney for the District of Columbia, 501 Third Street NW, Washington DC 20001". Service Type: Certified Mail. Article Number: 7006 2150 0004 7439 8178.]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM (BILL) LAWRENCE NELLIS
1288 BAYSIDE AVENUE APARTMENT 12
WOODBRIDGE, VA  22191
(703) 498-2107

vs.                                    CIVIL ACTION NO. 1:06CV01704
                                       (JUDGE'S INITIALS)

ALBERTO GONZALES, UNITED STATES ATTORNEY GENERAL
UNITED STATES DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20515

ET AL.

## AFFADAVIT OF SERVICE

I, William Lawrence Nellis, hereby declare that on the ____4th____ day of ____October____, 20__06__, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Alberto Gonzales, United States Attorney General. Attached hereto is the certified green card acknowledging service.

---

**SENDER: COMPLETE THIS SECTION**
- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

Alberto Gonzales
United States Attorney General
United States Department of Justice
950 Pennsylvania Avenue NW
Washington DC  20515

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _____  ☐ Agent  ☐ Addressee

B. Received by (Printed Name)   C. Date of Delivery
_____                 OCT 0 5 2006

D. Is delivery address different from item 1?  ☐ Yes
   If YES, enter delivery address below:       ☐ No

3. Service Type
   ☒ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label)
7006 2150 0004 7439 8215

PS Form 3811 February 2004   Domestic Return Receipt   102595-02-M-1540

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM (BILL) LAWRENCE NELLIS
1288 BAYSIDE AVENUE APARTMENT 12
WOODBRIDGE, VA  22191
(703) 498-2107

RECEIVED
OCT 2 3 2006
NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

vs.                                            CIVIL ACTION NO. 1:06CV01704
                                               (JUDGE'S INITIALS)

ALBERTO GONZALES, UNITED STATES ATTORNEY GENERAL
UNITED STATES DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20515

ET AL.

### AFFADAVIT OF SERVICE

I, William Lawrence Nellis, hereby declare that on the ____4th____ day of ____October____, 20__06__, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Secretary Michael Leavitt of the Department of Health and Human Services. Attached hereto is the certified ___ service.

[Attached certified mail return receipt card addressed to: Secretary Michael Leavitt, United States Department of Health and Human Services, 200 Independence Avenue SW, Washington, DC 20201. Article number: 7006 2150 0004 7439 8222]

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM (BILL) LAWRENCE NELLIS
1288 BAYSIDE AVENUE APARTMENT 12
WOODBRIDGE, VA  22191
(703) 498-2107

vs.                                              CIVIL ACTION NO. 1:06CV01704
                                                 (JUDGE'S INITIALS)

ALBERTO GONZALES, UNITED STATES ATTORNEY GENERAL
UNITED STATES DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20515

ET AL.

## AFFADAVIT OF SERVICE

I, William Lawrence Nellis, hereby declare that on the ____4th____ day of ____October____, 20__06__, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Congressman Tom Davis. Attached hereto is the certified green card acknowledging service.

---

**STAPLE GREEN CARD HERE**
Make sure it bears the original signature of the person
who signed for the summons and complaint.

ORIGINAL SIGNATURE
William L. Nellis
1288 Bayside Avenue Apartment 12
Woodbridge, VA  22191
(703) 498-2107



Home | Help

**Track & Confirm**

# Track & Confirm

## Search Results

Label/Receipt Number: **7006 2150 0004 7439 8208**
Status: **Delivered**

Your item was delivered at 8:40 am on October 05, 2006 in WASHINGTON, DC 20515.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

*Tom Davis* (handwritten signature)

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

---

POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust              Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM (BILL) LAWRENCE NELLIS
1288 BAYSIDE AVENUE APARTMENT 12
WOODBRIDGE, VA   22191
(703) 498-2107

vs.                                             CIVIL ACTION NO. 1:06CV01704
                                                (JUDGE'S INITIALS)

ALBERTO GONZALES, UNITED STATES ATTORNEY GENERAL
UNITED STATES DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20515

ET AL.

**AFFADAVIT OF SERVICE**

I, William Lawrence Nellis, hereby declare that on the ____4th____ day of ____October____, 20__06__, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Dave Foreman, the District Director for Congressman Tom Davis.  Attached hereto is the certified green card acknowledging service.

---

**STAPLE GREEN CARD HERE**
Make sure it bears the original signature of the person
who signed for the summons and complaint.

*William L Nell* (signature)
ORIGINAL SIGNATURE

William L. Nellis
1288 Bayside Avenue Apartment 12
Woodbridge, VA  22191
(703) 498-2107



Home | Help

Track & Confirm

# Track & Confirm

**Search Results**

*Doug Foreman*

Label/Receipt Number: **7006 2150 0004 7439 8154**
Status: **Delivered**

Your item was delivered at 8:16 am on October 10, 2006 in WASHINGTON, DC 20515.

( Additional Details > )  ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

**Notification Options**

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.  ( Go > )

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy

http://trkcnfrm1.smi.usps.com/PTSInternetWeb/InterLabelInquiry.do                    10/11/2006

**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

WILLIAM (BILL) LAWRENCE NELLIS
1288 BAYSIDE AVENUE APARTMENT 12
WOODBRIDGE, VA 22191
(703) 498-2107


vs.                                            CIVIL ACTION NO. 1:06CV01704
                                               (JUDGE'S INITIALS)


ALBERTO GONZALES, UNITED STATES ATTORNEY GENERAL
UNITED STATES DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC 20515

ET AL.

**AFFADAVIT OF SERVICE**

I, William Lawrence Nellis, hereby declare that on the ___4th___ day of ___October___, 20_06_, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Justin Hamilton, the Legislative Director for Congressman George Miller. Attached hereto is the certified green card acknowledging service.

---

**STAPLE GREEN CARD HERE**
Make sure it bears the original signature of the person
who signed for the summons and complaint.

*William L Nellis*
ORIGINAL SIGNATURE

William L. Nellis
1288 Bayside Avenue Apartment 12
Woodbridge, VA 22191
(703) 498-2107



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

*Justin Hamilton*

Label/Receipt Number: **7006 2150 0004 7439 8185**
Status: **Delivered**

Your item was delivered at 1:26 pm on October 05, 2006 in WASHINGTON, DC 20515.

( Additional Details > )   ( Return to USPS.com Home > )

**Track & Confirm**
Enter Label/Receipt Number.

### Notification Options

**Track & Confirm by email**
Get current event information or updates for your item sent to you or others by email.   ( Go > )

---

POSTAL INSPECTORS    site map    contact us    government services    jobs    **National & Premier Accounts**
Preserving the Trust    Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use  Privacy Policy

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM (BILL) LAWRENCE NELLIS
1288 BAYSIDE AVENUE APARTMENT 12
WOODBRIDGE, VA  22191
(703) 498-2107

RECEIVED

OCT 2 3 2006

NANCY MAYER WHITTINGTON, CLERK
U.S. DISTRICT COURT

vs.                                      CIVIL ACTION NO. 1:06CV01704
                                         (JUDGE'S INITIALS)

ALBERTO GONZALES, UNITED STATES ATTORNEY GENERAL
UNITED STATES DEPARTMENT OF JUSTICE
950 PENNSYLVANIA AVENUE, NW
WASHINGTON, DC  20515

ET AL.

## AFFADAVIT OF SERVICE

I, William Lawrence Nellis, hereby declare that on the ____4th____ day of ____October____, 20__06__, I mailed a copy of the summons and complaint, certified mail return receipt requested, to Congressman George Miller. Attached hereto is the certified green card acknowledging service.

---

**STAPLE GREEN CARD HERE**
Make sure it bears the original signature of the person
who signed for the summons and complaint.

*William L. Nellis* (signature)
ORIGINAL SIGNATURE
William L. Nellis
1288 Bayside Avenue Apartment 12
Woodbridge, VA  22191
(703) 498-2107



Home | Help

Track & Confirm

# Track & Confirm

### Search Results

Label/Receipt Number: **7006 2150 0004 7439 8161**
Status: **Delivered**

Your item was delivered at 8:29 am on October 06, 2006 in WASHINGTON, DC 20515.

*George Miller*

**Track & Confirm**

Enter Label/Receipt Number.

( Additional Details > ) ( Return to USPS.com Home > )

### Notification Options

**Track & Confirm by email**

Get current event information or updates for your item sent to you or others by email. ( Go > )

---

POSTAL INSPECTORS
Preserving the Trust

site map   contact us   government services   jobs   **National & Premier Accounts**
Copyright © 1999-2004 USPS. All Rights Reserved. Terms of Use   Privacy Policy