UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM L. NELLIS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 06-1704 (CKK) |
| ) | |
| ALBERTO GONZALES, ) | |
| Attorney General, et al., ) | |
| ) | |
| Defendants. ) | |
| ) | |

**DEFENDANTS' CONSENT MOTION FOR AN EXTENSION
OF TIME TO RESPOND TO THE COMPLAINT**

Defendants Alberto Gonzales, in his official capacity as Attorney General, Michael Leavitt, in his official capacity as Secretary of the Department of Health and Human Services, Elias A. Zerhouni, in his official capacity as the Director of the National Institute of Health, Thomas R. Insel, in his official capacity as Officer at the National Institute of Mental Health, Dave Foreman, in his official capacity as the District Director for Congressman Tom Davis, George Miller, in his official capacity as a member of the United States House of Representative, Tom Davis, in his official capacity as a member of the United States House of Representative, Justin Hamilton, in his official capacity as a Legislative Director for Congressman George Miller, and Jeffery A. Taylor, in his official capacity as the United States Attorney for the District of Columbia, respectfully request that this Court extend the time for them to respond to

plaintiff's complaint from December 11, 2006 until January 8, 2007.[1]  In support of this motion, defendants state the following:

Pro se plaintiff  this Bivens action against numerous federal employees of the Executive and Legislative Branches.  Plaintiff appears to have named each of the federal defendants in their official and individual capacity.  Plaintiff has not completed proper service of all of the federal defendants at this time.

Because it is a Bivens action, the individual federal defendants sued in their personal capacities, have the opportunity to request legal representation by the Department of Justice ("DOJ"), pursuant to 28 C.F.R. § 50.15.  The decision whether to grant such representation is made by the Torts Branch of DOJ headquarters and, if the request is approved, this Office would likely be appointed as counsel.  The process begins, however, with requests from the federal employees and their respective agencies.  Several of the individual defendants who have been served in their official capacities have started, but have not completed, the process of requesting DOJ representation from the Torts Branch.  Accordingly, this Office cannot yet represent all of the individual defendants.

Because the defenses of the individual federal defendants as individual defendants will be quite similar, it makes sense for the Court to permit this Office to present a single response to the complaint at one time.  Therefore, the enlargement until January 8, 2007 will serve judicial economy.

---

[1] Although plaintiff appears to assert claims against the federal defendants in their individual capacities, none of these individuals have been served in their individual capacity.  Accordingly, they do not join in this motion in their individual capacity, as they are not properly in this action in an individual capacity.  All individual defendants hereby preserve all defenses available to them in their individual capacities, including defenses available under Rule 12 and immunity from suit.

Pursuant to Local Civil Rule 7(h), undersigned counsel called plaintiff seeking consent for this motion and plaintiff consents to this requested extension.

        Respectfully submitted,

        /s/
        JEFFREY A. TAYLOR, D.C. BAR # 498610
        United States Attorney

        /s/
        RUDOLPH CONTRERAS, D.C. BAR # 434122
        Assistant United States Attorney

        /s/
        JOHN HENAULT, D.C. BAR # 472590
        Assistant United States Attorney
        555 4th Street, N.W.
        Washington, D.C. 20530
        (202) 307-1249

**Certificate of Service**

I certify that on November 27, 2006, I caused copies of the foregoing Defendants' Motion to Enlarge Time to File Answer or Otherwise Respond to Complaint served by first class mail upon *pro se* plaintiff at:

William Nellis
1288 Bayside Avenue
Apartment 12
Woodbridge, VA 22191

/s/
JOHN HENAULT, D.C. BAR # 472590
Assistant United States Attorney

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| WILLIAM L. NELLIS, )<br>)<br>    Plaintiff, )<br>)<br>    v. )<br>)<br>ALBERTO GONZALES, )<br>  Attorney General, et al., )<br>)<br>    Defendants. )<br>_____) | No. 06-1704 (CKK) |

### ORDER

UPON CONSIDERATION of the Defendants' Motion for Enlargement of Time, support thereof, the grounds stated therefor and the entire record in this matter, it is by the Court this ____ day of _____, 2006, hereby

ORDERED that the said motion be and hereby is granted; and it is

FURTHER ORDERED Defendants shall file an answer or dispositive motion on or before January 8, 2007.

_____
COLLEEN KOLLAR-KOTELLY
UNITED STATES DISTRICT JUDGE