UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

WILLIAM LAWRENCE NELLIS,

    Plaintiff,

      v.

ALBERTO GONZALES, *et al.*,

    Defendants.

Civil Action No. 06-1704 (CKK)

## ORDER
(March 30, 2007)

For the reasons set forth in the accompanying Memorandum Opinion, it is this 30th day of March, 2007, hereby

**ORDERED** that [5] Defendants' Motion to Dismiss the Complaint is GRANTED in its entirety, as conceded and on the merits; it is further

**ORDERED** that the instant action is dismissed in its entirety.

**SO ORDERED**.

*This is a final, appealable order.*

                              COLLEEN KOLLAR-KOTELLY
                              United States District Judge